IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ACCURIDE ERIE L.P., a limited partnership, <br><br> Plaintiff, <br> v. <br><br> INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE, AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, LOCAL 1186, a voluntary unincorporated association, <br><br> Defendant. | Case No. 05-CV-169 Erie <br><br> Judge Sean J. McLaughlin <br><br> STIPULATION AND ORDER ALLOWING EXTENSION OF TIME TO RESPOND TO COMPLAINT |

Come now Defendant International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, UAW (the "UAW"), and Plaintiff Accuride Erie L.P. ("Accuride"), and stipulate as follows:

1. Accuride served the Complaint on the UAW on June 13, 2005, so that an answer or other response would be due on July 5, 2005.

2. The UAW headquarters is closed for vacation for the first two weeks in July, and persons needed for preparation of the response to the Complaint are unavailable for much of that time period.

3. UAW therefore requests an extension until July 29, 2005 to answer or otherwise respond to the Complaint, and Accuride has no objection to such extension. Accordingly, the parties stipulate to such an extension, in accordance with the Order attached hereto.

Respectfully submitted,

Dated: June 29, 2005

_____
William T. Payne
1007 Mt. Royal Blvd.
Pittsburgh, PA 15223
(412) 492-8797

_____
Arthur Martinucci, Esq.
Quinn, Buseck, Leemhuis, Toohey
   & Kroto, Inc.
2222 W. Grandview Blvd.
Erie, PA 16506
(814) 833-2222

Frederick C. Miner, Esq.
Andrea G. Lisenbee, Esq.
Ryley Carlock & Applewhite
One North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4417

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2005, a copy of the foregoing was mailed by first class mail, postage prepaid, to the following:

Arthur Martinucci, Esq.
Quinn, Buseck, Leemhuis, Toohey & Kroto, Inc.
2222 W. Grandview Blvd.
Erie, PA 16506

Frederick C. Miner, Esq.
Andrea G. Lisenbee, Esq.
Ryley Carlock & Applewhite
One North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4417

_William T. Payne_
William T. Payne