IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ACCURIDE ERIE L.P., a limited partnership, | Case No. 05-CV-169 Erie |
| Plaintiff, | |
| v. | Judge Sean J. McLaughlin |
| INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE, AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, LOCAL 1186, a voluntary unincorporated association, | ORDER ALLOWING EXTENSION OF TIME TO RESPOND TO COMPLAINT |
| Defendant. | |

In accordance with the parties' stipulation, it is hereby ordered that Defendant International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, Local 1186, will have until July 29, 2005 to answer or otherwise respond to the Complaint of Plaintiff Accuride Erie L.P.

_____
Judge of the United States District Court