IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ACCURIDE ERIE L.P., a limited partnership, | Case No. 05-CV-169 Erie |
| Plaintiff/Counterclaim Defendant | Judge Sean J. McLaughlin |
| v. | [Electronically Filed] |
| INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE, AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, LOCAL 1186, a voluntary unincorporated association, | |
| Defendant/Counterclaim Plaintiff. | |

## ORDER

AND NOW, this 4th day of August, 2005, upon the Motion To Admit Attorney Catherine J. Trafton Pro Hac Vice, and the supporting documents attached thereto, it is hereby ORDERED that the Motion is GRANTED and Catherine J. Trafton, Esq., Associate General Counsel for Defendant and Counterclaim Plaintiff International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, UAW and its Local 1186 ("UAW"), whose office is located at 8000 East Jefferson Avenue, Detroit, MI 48214, is admitted to appear as Counsel *Pro Hac Vice* for the UAW for all purposes of this case. Ms Trafton will be added to the Court's electronic service list at the following e-mail address: CTrafton@uaw.net.

_____
Judge of the United States District Court