IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ACCURIDE ERIE L.P., a limited partnership, | Case No.  05-CV-169 Erie |
| Plaintiff/Counterclaim Defendant | Judge Sean J. McLaughlin |
| v. | [Electronically Filed] |
| INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE, AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, LOCAL 1186, a voluntary unincorporated association, | |
| Defendant/Counterclaim Plaintiff. | |

## ORDER GRANTING MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER AND COUNTERCLAIM

Having considered the motion of Defendant and Counterclaim Plaintiff International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, Local 1186 ("Local"), for leave to amend its answer and counterclaim, and good cause appearing, it is hereby ordered that the motion is granted, and the Local may file proposed amended pleading appended as Exhibit A to its motion.

_____
Judge of the United States District Court