IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ACCURIDE ERIE, L.P.,<br>    Plaintiff, | )<br>)<br>) |
| Vs. | ) Civil Action No. 05-169 Erie<br>) |
| INTERNATIONAL UNION, UNITED<br>AUTOMOBILE, AEROSPACE &<br>AGRICULTURAL IMPLEMENT WORKERS<br>OF AMERICA, LOCAL UNION 1186, a<br>voluntary unincorporated association,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) |

## NOTICE

TAKE NOTICE that the above-captioned case is scheduled for a **Telephonic Status Conference** on **Friday, December 16, 2005** at **1:30 p.m.** before the Honorable Sean J. McLaughlin, in Courtroom C, U.S. Courthouse and Postoffice in Erie, PA. All counsel, with the exception of Attorney Martinucci, shall participate by phone. Attorney Lisenbee shall initiate the call, **with all counsel on the line**, by calling the conference line at 814-464-9615.

                                                S/Nicole M. Kierzek
                                                Courtroom Deputy Clerk to
                                                Sean J. McLaughlin
                                                United States District Judge

cc: all parties of record