IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ACCURIDE ERIE L.P., a limited
partnership,

        Plaintiff/Counterclaim Defendant,

v.

INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE &
AGRICULTURAL IMPLEMENT WORKERS
OF AMERICA, LOCAL UNION 1186,
a voluntary unincorporated association,

Case No, 05-CV-169 Erie

Judge Sean J. McLaughlin

## ORDER

AND NOW, to-wit, in consideration of the foregoing Joint Motion to Amend Pretrial, the pretrial schedule in this matter is amended as follows:

a. Plaintiff's Motion for Summary Judgment and Supporting Brief shall be filed by February 10, 2006;

b. Defendants' Response and any Cross-Motion for Summary Judgment and Supporting Brief shall be filed by March 13, 2006;

c. Plaintiff's reply brief shall be due on March 31, 2006.

FOR THE COURT:

_____