IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ACCURIDE ERIE L.P., a limited partnership, | Case No, 05-CV-169 Erie |
| Plaintiff/Counterclaim Defendant, | Judge Sean J. McLaughlin |
| v. | |
| INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, LOCAL UNION 1186, a voluntary unincorporated association, | |

### ORDER

AND NOW, to-wit, in consideration of the foregoing Joint Motion to Amend Pretrial, the pretrial schedule in this matter is amended as follows:

    a.    Plaintiff's Motion for Summary Judgment and Supporting Brief shall be filed by February 10, 2006;

    b.    Defendants' Response and any Cross-Motion for Summary Judgment and Supporting Brief shall be filed by March 13, 2006;

    c.    Plaintiff's reply brief shall be due on March 31, 2006.

FOR THE COURT:

_____