**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

ACCURIDE ERIE L.P., a limited
partnership,

        Plaintiff/Counterclaim Defendant,

        v.

INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE &
AGRICULTURAL IMPLEMENT WORKERS
OF AMERICA, LOCAL UNION 1186,
a voluntary unincorporated association,

        Defendant/Counterclaim Plaintiff

and INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE &
AGRICULTURAL IMPLEMENT WORKERS
OF AMERICA, UAW, a voluntary
unincorporated association,

        Counterclaim Plaintiff.

Case No. 05-CV-169 Erie

Judge Sean J. McLaughlin

## PLAINTIFF/COUNTERCLAIM DEFENDANT, ACCURIDE ERIE L.P.'S MOTION FOR SUMMARY JUDGMENT

AND NOW, comes the Plaintiff/Counterclaim Defendant, Accuride Erie, L.P. ("Accuride" or the "Company"), by and through its attorneys, Quinn Buseck Leemhuis Toohey and Kroto, Inc., and Ryley Carlock and Applewhite, and pursuant to Rule 56 of the *Federal Rules of Civil Procedure* and the Court's Text Order dated January 5, 2006, hereby moves for summary judgment, as both the pleadings and discovery are closed and there being no material questions of fact in dispute, and requests that the Court vacate the arbitration award issued by Arbitrator Robert A. Creo dated April 26, 2005 (the "Award") pursuant to Section 301 of the Labor Management Relations Act, 29 U.S.C. § 185. This Motion is supported by the Memorandum of Points and Authorities and the Concise Statement of Facts submitted

concurrently herewith, both of which are hereby incorporated by reference as if fully set forth below.

WHEREFORE, the Plaintiff, Accuride, respectfully requests that summary judgment be entered in its favor and that the Court vacate Arbitrator Creo's Award dated April 26, 2005.

DATED this 10th day of February, 2006.

QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

By__s/ Arthur Martinucci_____
   Arthur Martinucci
   2222 W. Grandview Blvd.
   Erie, PA  16506

RYLEY CARLOCK & APPLEWHITE

By__s/ Frederick C. Miner_____
   Frederick C. Miner
   Andrea G. Lisenbee
   One N. Central Ave., Ste. 1200
   Phoenix, AZ  85004-4417

COUNSEL FOR ACCURIDE ERIE, L.P.