IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ACCURIDE ERIE L.P., a limited partnership, | Case No. 05-CV-169 Erie |
| Plaintiff/Counterclaim Defendant, | Judge Sean J. McLaughlin |
| v. | |
| INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, LOCAL UNION 1186, a voluntary unincorporated association, | |
| Defendant/Counterclaim Plaintiff | |
| and INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, UAW, a voluntary unincorporated association, | |
| Counterclaim Plaintiff. | |

## ORDER

AND NOW, in consideration of the foregoing Motion for Summary Judgment, and the contemporaneously filed Brief in Support and the record in this matter, the Court finds that there remain no disputed questions of material fact and that this matter is ripe for adjudication as a matter of Summary Judgment.

In light of the record, and in consideration of the arguments of the parties now before the Court, it is hereby ORDERED, ADJUDGED and DECREED that the foregoing Motion for Summary Judgment be, and hereby is, GRANTED in favor of the Plaintiff, Accuride Erie L.P. and against the Defendant, in all regards. The Clerk is hereby ORDERED to enter judgment in

favor of Accuride Erie L.P. and against all other parties

                              FOR THE COURT:

                              _____
                              Sean J. McLaughlin
                              U.S. District Court Judge