IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ACCURIDE ERIE L.P., a limited partnership, | Case No. 05-CV-169 Erie |
| Plaintiff/Counterclaim Defendant, | Judge Sean J. McLaughlin |
| v. | |
| INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, LOCAL UNION 1186, a voluntary unincorporated association, | |
| Defendant/Counterclaim Plaintiff | |
| and INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, UAW, a voluntary unincorporated association, | |
| Counterclaim Plaintiff. | |

**PLAINTIFF/COUNTERCLAIM DEFENDANT, ACCURIDE ERIE L.P.'S APPENDIX IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

# TABLE OF CONTENTS

| | Page Nos. |
|---|---|
| Award by Arbitrator Robert A. Creo dated April 26, 2005 | 001-021 |
| Excerpts from transcript of the arbitration hearing dated January 26, 2005 | 022-066 |
| Exhibits and excerpts of the arbitration exhibits | |
|     Joint Exhibit 1 | 067-080 |
|     Joint Exhibits 2A-F | 081-087 |
|     Joint Exhibit 3 | 088-095 |
|     Joint Exhibit 4 | 096-117 |
|     Company Exhibit 1 | 118-120 |
|     Company Exhibit 2 | 121-124 |
|     Company Exhibit 3 | 125-126 |
|     Company Exhibit 4 | 127-130 |
|     Company Exhibit 5 | 131-134 |
|     Company Exhibit 6 | 135-162 |
|     Company Exhibit 7 | 163-165 |
|     Company Exhibit 8 | 166-168 |