Co. Exh. 1

# AKW LLP

## *INTERNAL MEMORANDUM*

TO:     ALL KAISER-UAW HOURLY EMPLOYEES

FROM:    AKW LLP (THE ACCURIDE-KAISER ALUMINUM WHEEL JOINT VENTURE)

DATE:    APRIL 3, 1997

SUBJECT: <u>APPLICATION FORMS/BASIC INFORMATION CONCERNING POTENTIAL AKW EMPLOYMENT</u>

For some time, many individuals in both of our organizations have been hard at work completing steps required to launch our aluminum wheel joint venture which will be known as AKW LLP (limited liability partnership). When formed, this new organization will solidify - in a new, independent company - the ongoing strategic business partnership that Kaiser and Accuride have enjoyed for over twenty-five years. Moreover, through the formation of a business dedicated to the design, manufacture, marketing, sales, service and delivery of aluminum wheels and tire molds, our two companies are signaling a resounding commitment to our customers and the marketplace. AKW will be positioned to aggressively pursue opportunities - with existing and prospective customers as well as in new markets and geographies - that may have been beyond our scope in the past. This is a most exciting and promising time.

We are delighted to announce that May 1st has been targeted as the start-up date for this new business. Listed below is basic information which describes the potential agreement offered by AKW to UAW Local No. 1186 concerning the treatment of hourly production positions at the Joint Venture. It is important to read this information carefully, and submit a completed employment application to AKW no later than by noon on TUESDAY, APRIL 8, 1997. An AKW application form is attached as Appendix A. Applications can be submitted between the hours of 7:00 a.m. and 5:00 p.m. on April 3, 4, and 7 and between the hours of 7:00 a.m. and noon on April 8.

- If an existing Kaiser employee becomes a startup employee of AKW LLP, the person's Kaiser employment will end, and he or she will become an AKW employee. Although AKW is being created by Accuride and Kaiser, AKW will end up being a separate and independent company. The potential agreement offered by AKW to the Union, however, would generally make wages and benefits for AKW startup employees the same or very similar to those at Kaiser.

EXHIBIT

AKW 59

April 3, 1997
Page 2

Relevant details of the potential agreement will be specifically addressed in an AKW-UAW agreement which will be described at a meeting conducted by the UAW Local No. 1186.

- AKW will consider all applicants for possible startup employment. However, the AKW-UAW potential agreement, if it is ratified, would result in the automatic placement of Kaiser employees in AKW startup positions, based on Kaiser plant seniority, provided:

    ⇒ that an employment application is completed and submitted to AKW by noon on Tuesday, April 8, 1997; and

    ⇒ in the case of skilled positions, that the applicant have satisfactory past performance in the position in question (others may also be considered if they possess the necessary skills and abilities); and

    ⇒ successful applicants, following their tentative selection, successfully complete a standard preemployment physical examination and drug/alcohol screen. (NOTE: the physical examination and drug/alcohol screen will be strictly confidential - the physical will not be used to screen out applicants except where the doctor indicates an individual cannot perform essential job functions; the drug/alcohol screen results will be made available only to AKW officials directly involved in the hiring process, and will not otherwise be shared with Kaiser or Accuride.)

- Attached as Appendix B is a list of projected AKW job classifications and projected numbers of employees needed in each classification.

The arrangements described above are "tentative" because the necessary documents are still being worked out by AKW and the UAW, and the entire package will have to be ratified and accepted by Sunday, April 13, 1997. (In addition to agreement ratification by Sunday, April 13, 1997, the UAW and Kaiser by then must also enter into a corresponding agreement addressing how these arrangements will affect Kaiser.) Representatives of AKW and the UAW have worked hard to put together a potential agreement that significantly reduces the uncertainty that would otherwise be associated with AKW's acquisition of Kaiser's aluminum wheel and tire mold operations. We encourage hourly employees to submit an application to AKW if you want to be considered for an AKW position. If you want to be considered for possible employment, it is essential that you submit an application by noon on Tuesday, April 8, 1997.

Now, let us provide some startup organizational highlights:

- The AKW's corporate headquarters will be located in the Akron, Ohio area.
- Manufacturing will be housed at Kaiser's Erie facility with AKW becoming a tenant of Kaiser's with dedicated space, entrances, parking, etc. AKW will be structured and staffed as a distinct, separate, stand-alone business. Moreover, it will have its own pension and benefits plans which will be generally comparable to those of Accuride and Kaiser.

119

April 3, 1997
Page 3

- A two person team will lead the hourly bargained employment process for AKW. These individuals are Bill Curtin, AKW's Vice President/Operations and Pat Wolfe, AKW's Acting Director/Human Resources. As noted above, an employment application must be completed and returned to Pat Wolfe, Room 120 by noon on Tuesday, April 8, 1997. Applications can be submitted between the hours of 7:00 a.m. and 5:00 p.m. on April 3, 4, and 7 and between the hours of 7:00 a.m. and noon on April 8.

Please give consideration to the employment opportunities AKW offers. We look forward to having many of you join the new aluminum wheel team. We want to staff it with our best and give it the finest launch possible.

Bill Curtin
Vice President/Operations

Pat Wolfe
Acting Director/Human Resources

Attachments:  Appendix A - Application for Hourly Employment
Appendix B - List of Projected AKW Hourly Job Classifications and
Projected Number of Employees Needed in Each Classification

120