IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ACCURIDE ERIE L.P.**, a limited partnership,<br><br>Plaintiff/Counterclaim Defendant<br><br>v.<br><br>**INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE, AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, LOCAL 1186**, a voluntary unincorporated association,<br><br>Defendant/Counterclaim Plaintiff. | Case No.  05-CV-169 Erie<br><br>Judge Sean J. McLaughlin<br><br>[Electronically Filed] |

### DEFENDANT/COUNTERCLAIM PLAINTIFF UAW'S CROSS MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56., Defendant/Counterclaim Plaintiff International Union, United Automobile, Aerospace & Agricultural Implement Workers of America and its Local 1186 ('UAW") hereby moves for summary judgment on its counterclaim seeking to confirm the April 26, 2005 labor arbitration award of Arbitrator Robert A. Creo.  The UAW's Motion is fully supported by its Concise Statement of Material Facts Not In Dispute and Memorandum of Law in Support of Its Cross Motion for Summary Judgment, which are being filed with this Motion.

Wherefore, the UAW respectfully requests that this Court grant summary judgment in its favor, confirming Arbitrator Creo's award and ordering Plaintiff/Counterclaim Defendant Accuride Erie L.P. to comply.

        Respectfully submitted,

        s/ Catherine J. Trafton
        International Union, UAW
        8000 E. Jefferson Avenue
        Detroit, MI  48214
        Telephone: (313) 926-5216
        Fax: (313) 926-5240
        ctrafton@uaw.net

        William Payne
        PA Bar #38083
        1007 Mt. Royal Blvd.
        Pittsburgh, PA  15223
        Telephone: (412) 492-8797
        Fax: (412) 492-8978
        wpayne@stargate.net

Dated:   March 13, 2006

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 13, 2006, I electronically filed the documents listed below with the Clerk of the Court using the ECF system:

- Defendant Counterclaim Plaintiff UAW's Memorandum of Law In Support of Its Cross Motion for Summary Judgment and In Opposition To Plaintiff/Counterclaim Defendant Accuride's Motion For Summary Judgment

- Defendant Counterclaim Plaintiff UAW's Cross Motion For Summary Judgment and Proposed Order

- Defendant/Counterclaim Plaintiff UAW's Concise Statement of Material Facts Not In Dispute

- Defendant Counterclaim Plaintiff UAW's Response To Plaintiff/Counterclaim Defendant Accuride's Concise Statement of Facts

s/Catherine Trafton
International Union, UAW
8000 E. Jefferson Avenue
Detroit, MI 48214
Telephone: (313) 926-5216
Fax: (313) 926-5240
ctrafton@uaw.net