IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ACCURIDE ERIE L.P., a limited partnership,<br><br>Plaintiff/Counterclaim Defendant<br><br>v.<br><br>INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE, AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, LOCAL 1186, a voluntary unincorporated association,<br><br>Defendant/Counterclaim Plaintiff. | Case No.  05-CV-169 Erie<br><br>Judge Sean J. McLaughlin<br><br>[Electronically Filed] |

## ORDER

AND NOW, this ____ day of _____, 2006 upon the Defendant/Counterclaim Plaintiff UAW's Motion for Summary Judgment, and the supporting documents attached thereto, it is hereby ORDERED, that the MOTION IS GRANTED IN FULL.

_____
Judge of the United States District Court