IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ACCURIDE ERIE L.P.,** a limited partnership,<br><br>    **Plaintiff/Counterclaim Defendant**<br><br>v.<br><br>**INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE, AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, LOCAL 1186,** a voluntary unincorporated association,<br><br>    **Defendant/Counterclaim Plaintiff.** | Case No. 05-CV-169 Erie<br><br>Judge Sean J. McLaughlin<br><br>[Electronically Filed] |

## DEFENDANT/COUNTERCLAIM PLAINTIFF UAW'S RESPONSE TO PLAINTIFF/COUNTERCLAIM DEFENDANT ACCURIDE'S CONCISE STATEMENT OF FACTS

1.  Admitted.

2.  Admitted.

3.  Admitted.

4.  Admitted

5.  Admitted.

6.  Denied that the alleged facts are supported by the document cited.

7.  Denied that the alleged facts are material.

8. Denied that the alleged facts are material.

9. Denied that the alleged facts are material.

10. Denied that the alleged fact is material.

11. Denied that the alleged fact is material.

12. Denied that the alleged facts are material.

13. Denied that the alleged fact is material.

14. Denied that the alleged facts are material.

15. Denied that the alleged facts are material.

16. Denied that the alleged facts are material.

17. Denied that the alleged facts are material.

18. Denied that the alleged facts are material.

19. Denied that the alleged facts are material.

20. Denied that the alleged facts are material.

21. Denied that the alleged fact is material.

22. Admitted that a new collective bargaining agreement was reached effective September 1, 2003, and that it contained different provisions than the prior collective bargaining agreement.

23. Admitted.

24. Admitted that Article 32 is entitled "Benefits," and that the language of that provision is found on page 22 of the 2003 collective bargaining agreement.

25. Admitted.

26. Admitted.

27. Admitted that paragraph 22 of the MOS is headed "Transitional Issues," and that the quoted language is a *partial* excerpt of that paragraph.

28. Denied. The citation provided does not support the alleged facts.

29. Denied that the alleged facts are material.

30. Denied that the alleged facts are material.

31. Denied that the alleged facts are material.

32. Denied that the alleged facts are material.

33. Admitted that the parties met on May 13 and 14, 2004, but denied that the nature and substance of those meetings is material.

34. Admitted that the Union filed a grievance on June 8, 2004 protesting the Company's failure to permit certain employees to enroll in its health and life insurance programs.

35. Admitted that the Company denied the Union's June 8, 2004 grievance, and that the quoted language was provided in a written answer to the Union.

36. Admitted.

37. Admitted.

38. Admitted that the parties selected Arbitrator Creo to hear the grievance and that his authority was governed by the collective bargaining agreement.

39. Admitted that a hearing was held before Arbitrator Creo and that his "Opinion and Award" provides detailed summaries of the parties' positions.

40. Denied.

41. Admitted that the Award issued on April 26, 2005, admitted that the remaining fact was alleged in the complaint.

42. Admitted that Arbitrator Creo's "Discussion and Findings" are found at pages 20-21 of the "Opinion and Award."

43. Admitted that Arbitrator Creo's "Discussion and Findings" are found at pages 20-21 of the "Opinion and Award."

44. Admitted that Arbitrator Creo's "Discussion and Findings" are found at pages 20-21 of the "Opinion and Award."

45. Admitted that Arbitrator Creo found that the grievance was timely.

46. Admitted that Arbitrator Creo's "Discussion and Findings" are found at pages 20-21 of the "Opinion and Award."

Respectfully submitted,

s/ Catherine J. Trafton
International Union, UAW
8000 E. Jefferson Avenue
Detroit, MI 48214
Telephone: (313) 926-5216
Fax: (313) 926-5240
ctrafton@uaw.net

William Payne
PA Bar #38083
1007 Mt. Royal Blvd.
Pittsburgh, PA 15223
Telephone: (412) 492-8797
Fax: (412) 492-8978
wpayne@stargate.net

Dated: March 13, 2006