# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Accuride Erie LP )
_____ )
Plaintiff )
)
vs. )  No. CA 05-169 Erie
)
International Union )
_____ )
Defendant )

HEARING ON **Summary Judgment**

Held on **Friday April 28, 2006**

Before Judge **Sean J. McLaughlin**

FRED MINER                         CATHERINE TRAFTON
_____          _____
Appear for Plaintiff               Appear for Defendant

Hearing begun **1:39**             Hearing adjourned to **2:16**

Hearing concluded C.A.V. _____     Stenographer **JANIS FERGUSON**

                                   Clerk **Jeff Grossett**

### WITNESSES:

For Plaintiff                      For Defendant

Mtns are under advisement