IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ACCURIDE ERIE L.P., a limited partnership,<br><br>　　Plaintiff/CounterclaimDefendant<br><br>v.<br><br>INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE, AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, LOCAL 1186, a voluntary unincorporated association,<br><br>　　Defendant/Counterclaim Plaintiff. | Case No. 05-CV-169 Erie<br><br>Judge Sean J. McLaughlin<br><br>[Electronically Filed] |

## ORDER

On May 3, 2006, Defendant/Counterclaim Plaintiff International Union, United Automobile, Aerospace & Agricultural Implement Workers of America and its Local 1186 filed a motion requesting an additional two weeks in which to attempt settlement in this case. For good cause shown, the motion is granted. It is hereby ordered that the parties notify the Court by May 26, 2006 regarding their efforts to settle the case.

_____
United States District Court Judge