IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ACCURIDE ERIE L.P.**, a limited partnership,<br><br>    Plaintiff/Counterclaim Defendant<br><br>v.<br><br>**INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE, AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, LOCAL 1186**, a voluntary unincorporated association,<br><br>    Defendant/Counterclaim Plaintiff. | Case No.  05-CV-169 Erie<br><br>Judge Sean J. McLaughlin<br><br>[Electronically Filed] |

## MOTION FOR REMAND TO ARBITRATOR AND TO HOLD CASE IN ABEYANCE

Defendant/Counterclaim Plaintiff International Union, United Automobile, Aerospace & Agricultural Implement Workers of America and its Local 1186 ("UAW") file this motion requesting that the Court remand the underlying arbitration case to the arbitrator for clarification of his award, and hold further processing of the instant enforcement action in abeyance until the arbitrator has made that clarification, and the parties have attempted to settle the case. The UAW's Motion is fully explained and supported by its Brief in support of its Motion, which is being filed simultaneously.

Wherefore, the UAW respectfully requests that this Court grant its Motion, remanding the underlying arbitration case to the arbitrator for clarification of his award,

and holding further processing of the instant enforcement action in abeyance until the award has been clarified, and the parties have attempted to settle the case.

    Respectfully submitted,

    s/ Catherine J. Trafton_____
    International Union, UAW
    8000 E. Jefferson Avenue
    Detroit, MI  48214
    Telephone: (313) 926-5216
    Fax: (313) 926-5240
    ctrafton@uaw.net

    William Payne
    PA Bar #38083
    1007 Mt. Royal Blvd.
    Pittsburgh, PA  15223
    Telephone: (412) 492-8797
    Fax: (412) 492-8978
    wpayne@stargate.net

Dated:   May 26, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2006, I electronically filed a copy of the Defendant/Counterclaim Plaintiff UAW's Motion For Remand To Arbitrator And To Hold Case In Abeyance and Brief In Support Of Motion with the Clerk of the Court using the ECF system.

>                s/Catherine Trafton
> International Union, UAW
> 8000 E. Jefferson Avenue
> Detroit, MI 48214
> Telephone: (313) 926-5216
> Fax: (313) 926-5240
> ctrafton@uaw.net