IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ACCURIDE ERIE L.P.**, a limited partnership,<br><br>    **Plaintiff/CounterclaimDefendant**<br><br>v.<br><br>**INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE, AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, LOCAL 1186**, a voluntary unincorporated association,<br><br>    **Defendant/Counterclaim Plaintiff.** | Case No.  05-CV-169 Erie<br><br>Judge Sean J. McLaughlin<br><br>[Electronically Filed] |

## ORDER

AND NOW, this _____ day of _____, 2006, upon the Defendant/Counterclaim Plaintiff UAW's Motion For Remand To Arbitrator And To Hold In Abeyance, and the supporting documents attached thereto, it is hereby ORDERED, that the MOTION IS GRANTED IN FULL.

_____
United States District Court Judge