# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Accuride, Erie L.P. )
_____ )
Plaintiff )
)
vs. ) No. CA 05-169 E
)
International Union, et al., )
_____ )
Defendant )

**HEARING ON** Mtn. to Remand Status Conf. (telephonic)

Before Judge Sean J. McLaughlin

Fred Miner                              Catherine Trafton
_____                    _____
Appear for Plaintiff                    Appear for Defendant

Hearing begun 5/31/06 @ 1:28pm   Hearing adjourned to 1:48 pm

Hearing concluded C.A.V. _____   Stenographer Rox Bench

### WITNESSES:

For Plaintiff                           For Defendant

Mtn. to remand is DENIED [34]