IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ACCURIDE ERIE L.P., a limited partnership,<br>    Plaintiff/Counterclaim Defendant,<br><br>    v.<br><br>INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, LOCAL UNION 1186, a voluntary unincorporated association,<br>    Defendant/Counterclaim Plaintiff<br><br>and INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, UAW, a voluntary unincorporated association,<br>    Counterclaim Plaintiff. | Case No. 05-CV-169 Erie<br><br>Judge Sean J. McLaughlin<br><br>**[Electronically Filed]** |

NOTICE IS HEREBY GIVEN THAT Accuride Erie, L.P., plaintiff and counter-claim defendant in the above-captioned matter, hereby appeals to the United States Circuit Court of Appeals for the Third Circuit from the final judgment of the United States District Court for the Western District of Pennsylvania, Erie Division, in the above-captioned action. Appeal is made from the final judgment entered in this action on the Court's Memorandum Opinion and Order of August 11, 2006 (Exhibit A), granting the Defendant's Motion for Summary Judgment and denying the Plaintiff's Motion for Summary Judgment.

        Respectfully submitted,

        QUINN, BUSECK, LEEMHUIS, TOOHEY
        & KROTO, INC.

        By  s/ Arthur Martinucci_____
          Arthur Martinucci
          2222 W. Grandview Blvd.
          Erie, PA  16506

                                            RYLEY CARLOCK & APPLEWHITE

                                            By  s/ Frederick C. Miner
                                               Frederick C. Miner
                                               Andrea G. Lisenbee
                                             One N. Central Ave., Ste. 1200
                                             Phoenix, AZ  85004-4417
                                  COUNSEL FOR ACCURIDE ERIE, L.P.

## IDENTIFICATION OF COUNSEL

Counsel for Appellant:  ACCURIDE ERIE, L.P.

| | |
|---|---|
| Frederick C. Miner | Arthur D. Martinucci |
| Andrea G. Lisenbee | Quinn, Buseck, Leemhuis, Toohey |
| Ryley Carlock & Applewhite | & Kroto, Inc. |
| One N. Central Ave., Suite 1200 | 2222 W. Grandview Blvd. |
| Phoenix, AZ  85004-4417 | Erie, PA  16506 |
| (602) 440-4850 | (814) 833-2222 |

Counsel for Appellees:  INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, LOCAL UNION 1186

| | |
|---|---|
| William T. Payne | Catherine J. Trafton |
| 1007 Mt. Royal Blvd. | UAW Associate General Counsel |
| Pittsburgh, PA  15223 | 8000 E. Jefferson Ave. |
| (412) 492-8797 | Detroit, MI  48214 |
| | (313) 926-5216 |