

```
UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

# 06000493 - JD
September 7, 2006

Code    Case #          Qty     Amount
APPEAL  D 05-169 cap     1 @    455.00
                                455.00

TOTAL ->                        455.00
```

CA 05-169 E
appeal fee paid
receipt # 06000493