UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 06-4007

---

ACCURIDE ERIE, L.P.,
a limited partnership,
Appellant

v.

INTERNATIONAL UNION, AUTOMOBILE,
AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS
OF AMERICA, LOCAL UNION 1186,
a voluntary unicorporated association

---

Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Civil No. 05-cv-00169E)
District Judge: Honorable Sean J. McLaughlin

---

Submitted Pursuant to Third Circuit LAR 34.1(a)
October 31, 2007

BEFORE: RENDELL and NYGAARD, Circuit Judges,
and McCLURE,* District Judge

---

JUDGMENT

---

This cause came on to be heard on the record from the United States District Court for the Western District of Pennsylvania and was submitted under Third Circuit LAR 34.1(a). On consideration whereof, it is now here

---

*The Honorable James F. McClure, Jr., Senior Judge, United States District Court for the Middle District of Pennsylvania, sitting by designation.

     ORDERED and ADJUDGED by this Court that the District Court's order entered on August 11, 2006 be and the same is hereby AFFIRMED. Costs taxed against appellant. All of the above is in accordance with the opinion of this court.

                              ATTEST:

                              /s/ Marcia M. Waldron
                              Clerk

DATED: December 11, 2007

                              Certified as a true copy and issued in lieu of a formal mandate on _____

                              Teste:
                              Clerk, U.S. Court of Appeals for the Third Circuit

                              Marcia M. Waldron, Clerk