UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 06-4007

_____

ACCURIDE ERIE, L.P.,
a limited partnership,
Appellant

v.

INTERNATIONAL UNION, AUTOMOBILE,
AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS
OF AMERICA, LOCAL UNION 1186,
a voluntary unicorporated association

_____

Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Civil No. 05-cv-00169E)
District Judge:  Honorable Sean J. McLaughlin

_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
October 31, 2007

BEFORE:  RENDELL and NYGAARD, <u>Circuit Judges</u>,
and McCLURE,[*] <u>District Judge</u>

_____

JUDGMENT

_____

This cause came on to be heard on the record from the United States District Court
for the Western District of Pennsylvania and was submitted under Third Circuit LAR
34.1(a).  On consideration whereof, it is now here

_____

[*]The Honorable James F. McClure, Jr., Senior Judge, United States District Court
for the Middle District of Pennsylvania, sitting by designation.

ORDERED and ADJUDGED by this Court that the District Court's order entered on August 11, 2006 be and the same is hereby AFFIRMED.  Costs taxed against appellant.  All of the above is in accordance with the opinion of this court.

ATTEST:


/s/ Marcia M. Waldron
 Clerk

DATED: December 11, 2007


PURSUANT TO RULE 39 (d), COSTS ADDED IN FAVOR OF APPELLEES HERETO ON January 17, 2008 AS FOLLOWS:

COSTS TAXED IN FAVOR OF APPELLEES, LOCAL 1186

Brief :    $134.54
Sales Tax: $10.09
_____
Total      $144.63


TOTAL COSTS TAXED AGAINST APPELLANT   $144.63