AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Western | DISTRICT OF | Pennsylvania |

**APPEARANCE**

Case Number: 05-CV-169

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

International Union, United Automobile, Aerospace & Agricultural Implement Workers of America, Local Union 1186, a voluntary unincorporated association.

I certify that I am admitted to practice in this court.

| 5/12/2008 | *Joyce Goldstein* (signature) | |
|---|---|---|
| Date | Signature | |
| | Joyce Goldstein | OH #0029467 |
| | Print Name | Bar Number |

1040 The Leader Bldg. 526 Superior Avenue, East
Address

| Cleveland | OH | 44114 |
|---|---|---|
| City | State | Zip Code |

| (216) 771-6633 | (216) 771-7559 |
|---|---|
| Phone Number | Fax Number |