AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Western          DISTRICT OF          Pennsylvania

**APPEARANCE**

Case Number: 05-CV-169

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

International Union, United Automobile, Aerospace & Agricultural Implement Workers of America, Local Union 1186, a voluntary unincorporated association.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/12/2008 | *[signature]* |
| Date | Signature |
| | Gina Fraternali — OH #0081502 |
| | Print Name — Bar Number |
| | 1040 The Leader Bldg. 526 Superior Avenue, East |
| | Address |
| | Cleveland — OH — 44114 |
| | City — State — Zip Code |
| | (216) 771-6633 — (216) 771-7559 |
| | Phone Number — Fax Number |