## GRIEVANCE REPORT

Name _D. FERGUSON_   Clock No. _4963_

Class _202_   Date _6-8-04_

Date of Occurrence(s) _6-7-04_   Article(s) Violated _32_

Discussed With _IKE PICKENS_

Nature of Grievance _BENEFITS_

The Union protests the Company's actions in violating the current Agreement between Accuride Erie and UAW Local 1186.

The Union charges the Company with not allowing eligible employees to enroll and has not provided eligible employees Health Insurance, Life Insurance, Retiree Health Insurance, and Retiree Life Insurance.

The Union demands that the Company cease and desist from violating the Contract, make all employees whole for all lost benefits, make all employees and retirees whole, including interest, for all expenses, charges, and/or debts incurred as a result of the Company's refusal and/or failure to provide all applicable insurances.

_[signature]_  6/8/04
Date Received - Supervisor

_Doug Ferguson_
Employee

_Ron Celeski_
Union Official

081

APP0108