

BUFFALO OFFICE, REGION 9
35 GEORGE KARL BLVD., SUITE 100
AMHERST, NEW YORK 14221
Phone: (716) 632-1540
FAX: (716) 632-1797

**INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA - UAW**

INTERNATIONAL HEADQUARTERS • 8000 EAST JEFFERSON AVENUE • DETROIT, MICHIGAN 48214

**RON GETTELFINGER,** President          **ELIZABETH BUNN,** Secretary-Treasurer          **JOE ASHTON,** Regional Director

January 8, 2008

Mr. Michael Pinson, HR Director
Accuride Erie
1015 E. 12th Street
Erie, PA 16503

Via: U.S. Mail – Return Receipt Requested

Re:   **Accuride Erie L.P. /UAW Local 1186 (06/08/04 Grievance)**

Dear Mr. Pinson:

    As I'm sure you're aware, on December 11, 2006, the United States Court of Appeals for the Third Circuit affirmed the decision of the District Court confirming the award issued by Arbitrator Robert A. Creo on April 26, 2005 in the above-referenced matter. The grievance in that case alleged that that Company violated the collective bargaining agreement by refusing to provide "eligible employees [with] health insurance, life insurance, retiree health insurance and retiree life insurance." To remedy the violation, the Union demanded that "the Company cease and desist from violating the contract, make all employees whole for all lost benefits, make all employees and retirees whole, including interest, for all expenses, charges and/or debts incurred as a result of the Company's refusal and/or failure to provide all applicable insurances."

    As Arbitrator Creo's decision has now been confirmed by both the District Court and the Court of Appeals, we demand that the Company immediately begin complying with his award and provide all of the relief sought by the grievance. We would like to meet by the end of this month to discuss the Company's compliance with the award. I am available to meet with you in Erie on any of the following days: January 28, 29, 30 and 31. Please contact me as soon as possible so that we can make arrangements for a meeting. Thank you for your prompt attention to this matter.

Sincerely,

*Louis C. Stagner*

Louis C Stagner, International Representative
United Auto Workers, Region 9

cc   Joseph Ashton, Director
    Kevin Donovan, Asst. Director
    Gary Montroy, President Local 1186
    Jeff Sodko, UAW Legal Department

Post-it® Fax Note  7671  | Date 1/10/08 | # of pages 1
To Jeff Sodko          | From Lou Stagner
Co./Dept.              | Co.
Phone #                | Phone #
Fax #                  | Fax #

