

BUFFALO OFFICE, REGION 9
35 GEORGE KARL BLVD., SUITE 100
AMHERST, NEW YORK 14221
Phone: (716) 632-1540
FAX: (716) 632-1797

**INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA - UAW**

INTERNATIONAL HEADQUARTERS • 8000 EAST JEFFERSON AVENUE • DETROIT, MICHIGAN 48214 

**RON GETTELFINGER,** President    **ELIZABETH BUNN,** Secretary-Treasurer    **JOE ASHTON,** Regional Director

RECEIVED
FEB 21 2008
LEGAL DEPARTMENT

February 18, 2008

Mr. Michael Pinson, HR Director
Accuride Erie
1015 E. 12th Street
Erie, PA 16503

Via: U.S. Mail – Return Receipt Requested

Re:   **Accuride Erie L.P. /UAW Local 1186 (06/08/04 Grievance)**

Dear Mr. Pinson:

I am writing in response to your January 29th letter, which outlines the Company's position on compliance with the Arbitrator's award in the above-referenced case. We are pleased that you have agreed to begin providing benefits under the medical plan to Kaiser Retirees who are actively employed at the Erie facility and that you will reimburse out-of-pocket expenses to current and former employees in the affected group. The Union, however, disagrees with your assertion that the Company is not required to provide medical and life insurance benefits to Kaiser Retirees who have retired from Accuride since June 1, 2004.[1]

With respect to those who are active employed, I have asked the Local to canvas the unit in order to confirm your claim that there are only six Kaiser Retirees currently working. Once we have identified everyone in this group, we will inform them that the Company has offered to provide medical benefits.[2] We will encourage people to notify the Company as soon as possible as to whether they accept or decline coverage.

---

[1] In addition to providing these benefits, the Company must also reimburse retirees for out-of-pocket expenses that they incurred any time between June 1, 2004 and the date on which coverage is instated – regardless of whether those costs were incurred before or after their Accuride retirement date.

[2] We are in the process of investigating whether current or former employees have been denied any additional benefits since June 1, 2006. If so, the Union reserves the right to seek such benefits as a part of the remedy in this case.

Exhibit E

Mr. Michael Pinson, HR Director
Accuride Erie
February 18. 2008

We will also inform these workers that claims for out-of-pocket expenses incurred between June 1, 2004 and the date that coverage is instated should be submitted to the Union. Further, we will be collecting documentation for out-of-pocket costs from Kaiser Retirees who have retired from Accuride while the grievance was pending.[3] Based on what's contained in your January 29th letter, our understanding is that the Company intends to pay Retirees' out-of-pocket costs between June 1, 2004 and the date they retired. Please advise us if this is incorrect.

I don't think we need to meet at this point, although it may be necessary to do so after we've collected documentation of current and former employees' out-of-pocket expenses. It would be helpful, though, if you would provide us with the retirement or termination date for all former employees eligible for reimbursement under Arbitrator Creo's award. Since the Company claims that its liability for out-of-pocket expenses was cut off when workers retired or their employment terminated, we need to know these dates so that we can determine the precise period for which former employees are entitled to reimbursement. We, therefore, ask that you provide this information as soon as possible.

If you have any questions about this request or would like clarification of the Union's position, please contact me at the number listed above. Thank you for your prompt attention this matter.

Sincerely,

Louis C. Stagner
International Representative
United Auto Workers, Region 9

cc   Joseph Ashton, Director
     Kevin Donovan, Asst. Director
     Gary Montroy, President, Local 1186
     Jeff Sodko, UAW Legal Department

---

[3] We will be collecting the same information from other former employees entitled to reimbursement under the Award.