# JOYCE GOLDSTEIN & ASSOCIATES
### A Legal Professional Association

1040 THE LEADER BUILDING
526 SUPERIOR AVENUE, EAST
CLEVELAND, OHIO 44114-1401
PHONE (216) 771-6633
FAX (216) 771-7559

JOYCE GOLDSTEIN
jgoldstein@unionlaw.cc
GINA FRATERNALI
gfraternali@unionlaw.cc
JOSIE LIPSITZ McLENNAN
jlipsitz@unionlaw.cc
CORRYN K. FIRIS
cfiris@unionlaw.cc

May 1, 2008

Mr. Arthur Martinucci
Quinn, Buseck, Leemhuis, Toohey & Kroto, Inc.
2222 W. Grandview Blvd.
Erie, PA 16506

Mr. Nathan Neimuth
Ms. Andrea Lisenbee
Ryley Carlock & Applewhite
One N. Central Ave., Ste. 1200
Phoenix, AZ 85004-4417

   Re:  Accuride Erie L.P. / UAW Local 1186 (06/08/04 Grievance)

Dear Counsel:

  We are writing regarding issues that have arisen since the Third Circuit's December 11, 2007 confirmation of Arbitrator Creo's award. There have been communications between Accuride and the UAW regarding how the award should be implemented. However, to date, Accuride has failed to comply with Arbitrator Creo's award. As a result, the Union demands the following:

> (1) Enrollment of Kaiser Retirees who are active Accuride employees in Accuride's medical benefit plan, dental benefit plan and life insurance plan;
>
> (2) Enrollment of Kaiser Retirees, who were active Accuride employees at the time of the Union's filing of the June 8, 2004 grievance and have subsequently retired, in Accuride's dental benefit plan, retiree medical benefit plan and life insurance benefit plan;
>
> (3) Retraction of Accuride's false statements to active employees that if they had elected to enroll in Accuride's medical benefit plan by March 1, 2008, they would never be eligible for Accuride retiree benefits;
>
> (4) Retraction of Accuride's false statements that no former Kaiser Retiree is eligible for Accuride retiree benefits;

**Exhibit F**



  (5) Extension of enrollment period for those who may have foregone enrollment in Accuride's active medical benefit plan because of Accuride's false statements;

  (6) Confirmation that all Kaiser Retirees who are now active employees who retire by July 1, 2008 will receive Accuride dental benefits, retiree medical benefits and life insurance benefits; and

  (7) Reimbursement of out-of-pocket expenses incurred by Kaiser Retirees as a result of Accuride's breach of the collective bargaining agreement, from June 1, 2004 until Accuride complies with Arbitrator Creo's make-whole remedy award, including out-of-pocket expenses incurred by Kaiser Retirees who are still active Accuride employees and those who have now retired from Accuride and are being denied Accuride retiree benefits, regardless of whether those costs were incurred before or after their Accuride retirement date.

Since the demands of how to treat active Accuride employees and retired Accuride employees all arise from the original breach and grievance that led to the arbitration's make-whole award, if Accuride refuses to immediately comply with such demands, we propose as an alternative that the parties go back to Arbitrator Creo for clarification of the award. By May 6, 2008, please provide confirmation of compliance or notify us of Accuride's willingness to arbitrate.

If you have any questions, please feel free to contact us.

Very truly yours,

Gina Fraternali

cc: Lou Stagner
   Michael Sherbin
   Jeff Sodko, Esq.
   Joyce Goldstein, Esq.