IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ACCURIDE ERIE L.P., <br><br>                          Plaintiff,<br><br>v.<br><br>INTERNATIONAL UNION, et al.,<br><br>                          Defendants. | Civil Action No.: 1:05-cv-169 |

## NOTICE OF WITHDRAWAL OF ATTORNEY

      The below attorney hereby withdraws as counsel for Defendant International Union, United Automobile, Aerospace & Agricultural Implement Workers of America, Local Union 1186, a voluntary unincorporated association, and Counter Claimant International Union, United Automobile, Aerospace & Agricultural Implement Workers of America, Local Union 1186, a voluntary unincorporated association.  Said Defendant and Counter Claimant are still being represented by other counsel.

Dated:  May 14, 2008                                /s/  William T. Payne
                                                      Stember Feinstein Doyle & Payne, LLC
                                                      1007 Mount Royal Boulevard
                                                      Pittsburgh, PA 15223-1027
                                                      (412) 492-8797
                                                      Fax: (412) 492-8978
                                                      Email: wpayne@stargate.net

                                                      *Attorney for Defendant and Counter Claimant,*
                                                      *International Union, United Automobile,*
                                                      *Aerospace & Agricultural Implement Workers*
                                                      *of America, Local Union 1186, a voluntary*
                                                      *unincorporated association*