AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

_____WESTERN_____ DISTRICT OF _____PENNSYLVANIA_____

## APPEARANCE

Case Number:  1:05-CV-00169

To the Clerk of this court and all parties of record:

     Enter my appearance as counsel in this case for

      Plaintiff/Counterclaim Defendant Accuride Erie, L.P.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/29/2008 | _signature_ |
| Date | Signature |
| | Shannon H. Paliotta      91000 |
| | Print Name     Bar Number |
| | Littler Mendelson, P.C., 625 Liberty Avenue - 26th Floor |
| | Address |
| | Pittsburgh    PA    15222 |
| | City    State    Zip Code |
| | (412) 201-7631     (412) 456-2377 |
| | Phone Number    Fax Number |