# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ACCURIDE ERIE, L.P., ) | |
| ) | |
| Plaintiff/Counterclaim Defendant, ) | Civil Action No. 1:05-CV-00169 |
| ) | |
| v. ) | Judge Sean J. McLaughlin |
| ) | |
| INTERNATIONAL UNION, UNITED ) | |
| AUTOMOBILE, AEROSPACE, AND ) | |
| AGRICULTURAL IMPLEMENT ) | |
| WORKERS OF AMERICA, LOCAL 1186, ) | |
| ) | |
| Defendant/Counterclaim Plaintiff. ) | |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2008, it is hereby ORDERED that Plaintiff/Counterclaim Defendant's Motion for an Extension of Time to Respond to Defendant/Counterclaim Plaintiff's Motion to Show Cause or, in the Alternative, to Remand Remedial Issues is GRANTED. Plaintiff/Counterclaim Defendant shall file its response to Defendant/Counterclaim Plaintiff's Motion on or before June 9, 2008.

_____
J.