# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ACCURIDE ERIE, L.P., )<br>)<br>Plaintiff/Counterclaim Defendant, )<br>)<br>v. )<br>)<br>INTERNATIONAL UNION, UNITED )<br>AUTOMOBILE, AEROSPACE, AND )<br>AGRICULTURAL IMPLEMENT )<br>WORKERS OF AMERICA, LOCAL 1186, )<br>)<br>Defendant/Counterclaim Plaintiff. ) | Civil Action No. 1:05-CV-00169<br><br>Judge Sean J. McLaughlin |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2008, it is hereby ORDERED that Plaintiff/Counterclaim Defendant's Motion for an Extension of Time to Respond to Defendant/Counterclaim Plaintiff's Motion to Show Cause or, in the Alternative, to Remand Remedial Issues is GRANTED. Plaintiff/Counterclaim Defendant shall file its response to Defendant/Counterclaim Plaintiff's Motion on or before June 9, 2008.

_____
J.