8-29-03
9:00 P.M.
U#2

# EXHIBIT 2



# ACCURIDE ERIE L.P. — HOURLY PLANT SENIORITY BY PLANT SENIORITY DATE

| NAME | PLANT SENIORITY DATE | NAME | PLANT SENIORITY DATE |
|---|---|---|---|
| Matczak, Joseph L. | 1959-08-20 | Mckinney, Charles V. | 1973-10-08 |
| Wright, Robert G. | 1961-11-13 | Pancurak, Thomas E. | 1973-10-15 |
| Myers, Gerald N. | 1962-09-12 | Kern, James J. | 1973-10-15 |
| Anderson, James A. | 1962-12-24 | Thompson, Carol A. | 1976-11-14 |
| Weber, John P. | 1963-10-14 | Royer, Richard M. | 1976-12-13 |
| Harmich, John J. | 1964-04-27 | Mussett, Norman D. | 1977-03-28 |
| Gatti, Leo E. | 1964-10-26 | Brown, Gary L. | 1977-09-30 |
| Irish, Gary L. | 1964-11-30 | Burger, Dennis W. | 1978-05-08 |
| Erdely, David J. | 1965-01-20 | Ewanick, Allen R. | 1978-05-08 |
| Ferguson, Douglas G. | 1965-07-26 | Woods, Mark T. | 1978-05-15 |
| Zielinski, Lawrence L. | 1965-08-09 | Dobry, Clifford W. | 1985-06-03 |
| Machacek, Edwin J. | 1965-11-17 | Warren, Leroy T. | 1985-06-03 |
| Fox, Ronald W. | 1965-11-29 | Burns, Mildred | 1985-06-17 |
| Taraszki, Dennis G. | 1966-02-07 | Stovall, Robert E. | 1985-06-17 |
| Stafford, Daniel R. | 1966-02-14 | Thomas, James A. | 1985-06-17 |
| Huzinec, Ronald A. | 1966-02-28 | Watson, Mark A. | 1985-06-17 |
| Sarnowski, David R. | 1966-02-28 | Cook, Darrell D. | 1985-06-24 |
| Twaroski, Thomas N. | 1966-03-28 | Schwartz Jr, Harold J. | 1985-06-24 |
| Harper, Charles R. | 1966-04-04 | Celeski, Ronald J. | 1988-04-28 |
| Amendola, Joseph J. | 1966-04-04 | Koziol, Jerry L. | 1988-04-28 |
| Tomczak, Patrick J. | 1966-05-09 | Jordan, Willie A. | 1988-05-12 |
| Loeslein, John D. | 1966-08-08 | Matson, John T. | 1988-05-12 |
| Percy, Dan A. | 1966-08-29 | Proctor, Duane B. | 1988-05-27 |
| Urmann, Ralph E. | 1966-08-29 | Guzowski, Philip E. | 1988-06-09 |
| Duda, Thomas S. | 1966-09-12 | Hancock, Steven E. | 1988-06-10 |
| Fox, Robert A. | 1966-10-10 | Koszewski, Leo M. | 1988-10-31 |
| Briggs, James T. | 1966-10-13 | Vollentine, Raymond C. | 1988-12-12 |
| Gorring, David W. | 1966-11-14 | Ziegler, Kirk M. | 1989-01-23 |
| Popovich, Leonard M. | 1966-12-19 | Meyer, Robert A. | 1989-01-30 |
| Boyle, Roy A. | 1966-12-25 | Kinross, Kevin B. | 1989-05-04 |
| Balogh, Patrick L. | 1969-06-09 | Smith, Gabriel T. | 1989-06-15 |
| Zuendel, Gary L. | 1969-06-24 | Kaiser, James M. | 1989-08-17 |
| Rutkowski, Richard R. | 1969-06-24 | Stauber, Steven E. | 1989-08-17 |
| Albert, Leroy T. | 1969-07-01 | Keller, Holly S. | 1989-08-28 |
| Miller, David B. | 1970-08-11 | Napierkowski, Ronald J. | 1989-10-19 |
| Wilson, Gary D. | 1971-05-01 | Askins, Kevin S. | 1990-08-27 |
| Petrusch, Frederic E. | 1972-05-14 | Russell, Joseph L. | 1990-08-27 |
| Hoover, Richard W. | 1972-06-26 | Jones, Scott A. | 1992-08-10 |
| Henning, John H. | 1972-06-26 | Henry, Ken | 1992-08-10 |
| Rouse, Theodore G. | 1972-07-05 | Dombkowski, Ronald J. | 1992-08-31 |
| Thompson, Robert J. | 1972-09-26 | Szoszorek Jr, Raymond | 1992-08-31 |
| Montroy, Gary A. | 1973-04-07 | Bucheral Jr, Alfonce | 1992-09-21 |
| Pointer, Calvin L. | 1973-06-25 | Burns, Jeffery E. | 1992-09-21 |
| Fitzgerald, Edward C. | 1973-08-11 | Schmeisser, Mary A. | 1992-09-21 |
| Hopson, James T. | 1973-08-26 | Bisbee, Dale L. | 1993-08-30 |
| Sherbin, Michael L. | 1973-09-22 | Rose, William D. | 1994-05-09 |
| Wilamowski, David M. | 1973-10-08 | Pietras, Timothy R. | 1994-05-23 |

| NAME | PLANT SENIORITY DATE |
|---|---|
| Kowalski, Lawrence L. | 1995-02-27 |
| Abercrombie, George B. | 1995-04-24 |
| Chadwick, James M. | 1997-12-22 |
| Gross, Reed J. | 1997-12-22 |
| Frick, Mark S. | 1997-12-22 |
| Aaron, Donald P. | 1997-12-22 |
| DePalma, John F. | 1998-01-13 |
| Cochran, Floyd J. | 1998-01-15 |
| Bentze, William F. | 1998-01-27 |
| Daugherty, Michael R. | 1998-01-27 |
| Brown, Anthony L. | 1998-01-27 |
| O'Leary, Kevin J. | 1998-01-27 |
| Mahoney, Timothy C. | 1998-01-27 |
| Roberts, Robert K. | 1998-01-27 |
| Moyak, Michael F. | 1998-01-28 |
| Wilson, Albert | 1998-01-28 |
| Phillips, James G. | 1999-12-06 |
| McGuire, Brian S. | 1999-12-06 |
| Brown, Brian W. | 1999-12-06 |
| Raver, David N. | 1999-12-06 |
| Petruso, Victor S. | 1999-12-06 |
| Weber, Garry B. | 1999-12-06 |
| Newton, Alan J. | 1999-12-13 |
| Coughlin, Steven J. | 1999-12-13 |
| Cipalla, James W. | 2000-02-28 |
| Kane, James P. | 2000-02-28 |
| Jordan, Timothy W. | 2000-02-28 |
| Graves, Christopher M. | 2000-06-12 |
| Barboni, Paul A. | 2000-06-12 |
| DiMarie, Frank T. | 2000-06-19 |
| Bongiorno, Brian | 2002-05-20 |
| Moffett, Don | 2002-05-20 |
| Morris, Dale | 2002-05-20 |
| Thompkins, Diandre | 2002-05-20 |
| Beckwith, Michael | 2002-05-22 |
| Duda, Greg | 2002-05-22 |
| Kelley, Daniel | 2002-05-22 |
| Plyler, John D. | 2002-05-22 |
| Slupski, Matthew | 2002-05-22 |
| Anselmo, John | 2002-06-03 |
| Bernat, Craig | 2002-06-03 |
| Favors, Aubrey | 2002-06-03 |
| Goodwin, Gregory | 2002-06-03 |
| Gore, Sabrina | 2002-06-03 |
| Nicolia, Patrick | 2002-06-03 |
| Ragen, James | 2002-06-03 |
| Ruckman, Richard | 2002-06-03 |
| Samsel, David | 2002-06-03 |
| Sanders, Thomas | 2002-06-03 |
| Steinbaugh, William | 2002-06-03 |
| Wilamowski, David Jr. | 2002-06-03 |
| Vega, David | 2002-06-24 |



# HOURLY PLANT ROSTER BY ALPHABETICAL ORDER

| NAME | PLANT SENIORITY DATE | NAME | PLANT SENIORITY DATE |
|---|---|---|---|
| Aaron, Donald P. | 1997-12-22 | Gorring, David W. | 1966-11-14 |
| Abercrombie, George B. | 1995-04-24 | Graves, Christopher M. | 2000-06-12 |
| Albert, Leroy T. | 1969-07-01 | Gross, Reed J. | 1997-12-22 |
| Amendola, Joseph J. | 1966-04-04 | Guzowski, Philip E. | 1988-06-09 |
| Anderson, James A. | 1962-12-24 | Hancock, Steven E. | 1988-06-10 |
| Anselmo, John | 2002-06-03 | Harmich, John J. | 1964-04-27 |
| Askins, Kevin S. | 1990-08-27 | Harper, Charles R. | 1966-04-04 |
| Balogh, Patrick L. | 1969-06-09 | Henning, John H. | 1972-06-26 |
| Barboni, Paul A. | 2000-06-12 | Henry, Ken | 1992-08-10 |
| Beckwith, Michael | 2002-05-22 | Hoover, Richard W. | 1972-06-26 |
| Bentze, William F. | 1998-01-27 | Hopson, James T. | 1973-08-26 |
| Bernat, Craig | 2002-06-03 | Huzinec, Ronald A. | 1966-02-28 |
| Bisbee, Dale L. | 1993-08-30 | Irish, Gary L. | 1964-11-30 |
| Bongiorno, Brian | 2002-05-20 | Jones, Scott A. | 1992-08-10 |
| Boyle, Roy A. | 1966-12-25 | Jordan, Timothy W. | 2000-02-28 |
| Briggs, James T. | 1966-10-13 | Jordan, Willie A. | 1988-05-12 |
| Brown, Anthony L. | 1998-01-27 | Kaiser, James M. | 1989-08-17 |
| Brown, Brian W. | 1999-12-06 | Kane, James P. | 2000-02-28 |
| Brown, Gary L. | 1977-09-30 | Keller, Holly S. | 1989-08-28 |
| Bucheral Jr, Alfonce | 1992-09-21 | Kelley, Daniel | 2002-05-22 |
| Burger, Dennis W. | 1978-05-08 | Kern, James J. | 1973-10-15 |
| ⁀ns, Jeffery E. | 1992-09-21 | Kinross, Kevin B. | 1989-05-04 |
| Burns, Mildred | 1985-06-17 | Koszewski, Leo M. | 1988-10-31 |
| Celeski, Ronald J. | 1988-04-28 | Kowalski, Lawrence L. | 1995-02-27 |
| Chadwick, James M. | 1997-12-22 | Koziol, Jerry L. | 1988-04-28 |
| Cipalla, James W. | 2000-02-28 | Loeslein, John D. | 1966-08-08 |
| Cochran, Floyd J. | 1998-01-15 | Machacek, Edwin J. | 1965-11-17 |
| Cook, Darrell D. | 1985-06-24 | Mahoney, Timothy C. | 1998-01-27 |
| Coughlin, Steven J. | 1999-12-13 | Matczak, Joseph L. | 1959-08-20 |
| Daugherty, Michael R. | 1998-01-27 | Matson, John T. | 1988-05-12 |
| DePalma, John F. | 1998-01-13 | McGuire, Brian S. | 1999-12-06 |
| DiMarie, Frank T. | 2000-06-19 | Mckinney, Charles V. | 1973-10-08 |
| Dobry, Clifford W. | 1985-06-03 | Meyer, Robert A. | 1989-01-30 |
| Dombkowski, Ronald J. | 1992-08-31 | Miller, David B. | 1970-08-11 |
| Duda, Greg | 2002-05-22 | Moffett, Don | 2002-05-20 |
| Duda, Thomas S. | 1966-09-12 | Montroy, Gary A. | 1973-04-07 |
| Erdely, David J. | 1965-01-20 | Morris, Dale | 2002-05-20 |
| Ewanick, Allen R. | 1978-05-08 | Moyak, Michael F. | 1998-01-28 |
| Favors, Aubrey | 2002-06-03 | Mussett, Norman D. | 1977-03-28 |
| Ferguson, Douglas G. | 1965-07-26 | Myers, Gerald N. | 1962-09-12 |
| Fitzgerald, Edward C. | 1973-08-11 | Napierkowski, Ronald J. | 1989-10-19 |
| Fox, Robert A. | 1966-10-10 | Newton, Alan J. | 1999-12-13 |
| Fox, Ronald W. | 1965-11-29 | Nicolia, Patrick | 2002-06-03 |
| Frick, Mark S. | 1997-12-22 | O'Leary, Kevin J. | 1998-01-27 |
| Gatti, Leo E. | 1964-10-26 | Pancurak, Thomas E. | 1973-10-15 |
| Goodwin, Gregory | 2002-06-03 | Percy, Dan A. | 1966-08-29 |
| ⁀e, Sabrina | 2002-06-03 | Petrusch, Frederic E. | 1972-05-14 |

| NAME | PLANT SENIORITY DATE |
|---|---|
| Petruso, Victor S. | 1999-12-06 |
| Phillips, James G. | 1999-12-06 |
| ~etras, Timothy R. | 1994-05-23 |
| ~yler, John D. | 2002-05-22 |
| Pointer, Calvin L. | 1973-06-25 |
| Popovich, Leonard M. | 1966-12-19 |
| Proctor, Duane B. | 1988-05-27 |
| Ragen, James | 2002-06-03 |
| Raver, David N. | 1999-12-06 |
| Roberts, Robert K. | 1998-01-27 |
| Rose, William D. | 1994-05-09 |
| Rouse, Theodore G. | 1972-07-05 |
| Royer, Richard M. | 1976-12-13 |
| Ruckman, Richard | 2002-06-03 |
| Russell, Joseph L. | 1990-08-27 |
| Rutkowski, Richard R. | 1969-06-24 |
| Samsel, David | 2002-06-03 |
| Sanders, Thomas | 2002-06-03 |
| Sarnowski, David R. | 1966-02-28 |
| Schmeisser, Mary A. | 1992-09-21 |
| Schwartz Jr, Harold J. | 1985-06-24 |
| Sherbin, Michael L. | 1973-09-22 |
| Slupski, Matthew | 2002-05-22 |
| Smith, Gabriel T. | 1989-06-15 |
| Stafford, Daniel R. | 1966-02-14 |
| Stauber, Steven E. | 1989-08-17 |
| Steinbaugh, William | 2002-06-03 |
| ~all, Robert E. | 1985-06-17 |
| ~zoszorek Jr, Raymond | 1992-08-31 |
| Taraszki, Dennis G. | 1966-02-07 |
| Thomas, James A. | 1985-06-17 |
| Thompkins, Diandre | 2002-05-20 |
| Thompson, Carol A. | 1976-11-14 |
| Thompson, Robert J. | 1972-09-26 |
| Tomczak, Patrick J. | 1966-05-09 |
| Twaroski, Thomas N. | 1966-03-28 |
| Urmann, Ralph E. | 1966-08-29 |
| Vega, David | 2002-06-24 |
| Vollentine, Raymond C. | 1988-12-12 |
| Warren, Leroy T. | 1985-06-03 |
| Watson, Mark A. | 1985-06-17 |
| Weber, Garry B. | 1999-12-06 |
| Weber, John P. | 1963-10-14 |
| Wilamowski, David Jr. | 2002-06-03 |
| Wilamowski, David M. | 1973-10-08 |
| Wilson, Albert | 1998-01-28 |
| Wilson, Gary D. | 1971-05-01 |
| Woods, Mark T. | 1978-05-15 |
| Wright, Robert G. | 1961-11-13 |
| Ziegler, Kirk M. | 1989-01-23 |
| Zielinski, Lawrence L. | 1965-08-09 |
| Zuendel, Gary L. | 1969-06-24 |