IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ACCURIDE ERIE, L.P. | ) CASE NO. 05-CV-169 ERIE |
| | ) |
| Plaintiff/Counterclaim Defendant, | ) JUDGE SEAN J. McLAUGHLIN |
| | ) |
| vs. | ) **AFFIDAVIT OF LOUIS STAGNER** |
| | ) |
| INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE, AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, LOCAL 1186 | ) |
| | ) |
| Defendant/Counterclaim Plaintiff. | ) |

STATE OF NEW YORK   )
                    ) ss.
COUNTY OF ERIE      )

Louis C. Stagner, being duly sworn, deposes and says:

1. I am an International Representative for the United Automobile, Aerospace and Agricultural Implement Workers of America ("UAW" or "Union"), Region 9 and service UAW Local 1186. As such I am fully familiar with the facts and circumstances of this case.

2. At the time of their retirement, the fourteen Kaiser retirees were eligible to retire under the 30 year retirement benefit of the Accuride Erie Hourly Employee Pension Plan.

**Further affiant sayeth naught.**

_____
Louis Stagner

Sworn to before me and subscribed in my presence this 26ᵗʰ day of June 2008.

JUDI E. ERHARDT
Notary Public, State of New York
Qualified in Erie County
My Commission Expires 12/31/09

_____
Notary Public