IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ACCURIDE ERIE, L.P. )<br>)<br>    Plaintiff/Counterclaim Defendant, )<br>)<br>v. )<br>)<br>INTERNATIONAL UNION, UNITED )<br>AUTOMOBILE, AEROSPACE, AND )<br>AGRICULTURAL IMPLEMENT )<br>WORKERS OF AMERICA, LOCAL 1186 )<br>)<br>    Defendant/Counterclaim Plaintiff. )<br>) | Civil Action No. 05-CV-00169<br><br>Judge Sean J. McLaughlin |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE SUR-REPLY TO DEFENDANT'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR RULE TO SHOW CAUSE

Plaintiff, Accuride Erie, L.P. ("Accuride"), respectfully seeks permission to file a sur-reply brief to Defendant's Reply Memorandum (Doc. 15) in support of its Motion for Rule to Show Cause. Plaintiff's counsel has contacted Defendant's counsel, who does not oppose this motion.

A proposed order is attached hereto.

Respectfully submitted,

*/s/ Shannon H. Paliotta*

Frederick C. Miner, *pro hac vice*
  fminer@littler.com
Shannon H. Paliotta (PA #91000)
  spaliotta@littler.com
**LITTLER MENDELSON, P.C.**
625 Liberty Avenue – 26th Floor
Pittsburgh, PA  15222
(412) 201-7600

July 8, 2008

*Attorneys for Defendant Accuride Erie, L.P.*

Firmwide:85766397.1 054899.1005

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of July, 2008, a copy of the foregoing **Unopposed Motion for Leave to File Sur-Reply** was filed using the Western District of Pennsylvania's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon the following counsel of record:

Joyce Goldstein
Joyce Goldstein & Associates
jgoldstein@unionlaw.cc

Gina Fraternali
Joyce Goldstein & Associates
gfraternali@unionlaw.cc

Catherine J. Trafton
International Union, UAW
ctrafton@uaw.net


*/s/ Shannon H. Paliotta*