**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ACCURIDE ERIE, L.P. ) ) Plaintiff/Counterclaim Defendant, ) ) v. ) ) INTERNATIONAL UNION, UNITED ) AUTOMOBILE, AEROSPACE, AND ) AGRICULTURAL IMPLEMENT ) WORKERS OF AMERICA, LOCAL 1186 ) ) Defendant/Counterclaim Plaintiff. ) ) | Civil Action No. 05-CV-00169  Judge Sean J. McLaughlin |

**ORDER OF COURT**

AND NOW, this _____ day of _____ 2008, it is hereby ORDERED that Plaintiff's Motion to File a Sur-Reply to Defendant's Reply Memorandum in Support of Motion to Show Cause is GRANTED. Plaintiff shall file its Sur-Reply, limited to _____ pages, within _____ days of this Order.

_____
J.