**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ACCURIDE ERIE, L.P. ) | |
| ) | |
|    Plaintiff/Counterclaim Defendant, ) | Civil Action No. 05-CV-00169 |
| ) | |
| v. ) | Judge Sean J. McLaughlin |
| ) | |
| INTERNATIONAL UNION, UNITED ) | |
| AUTOMOBILE, AEROSPACE, AND ) | |
| AGRICULTURAL IMPLEMENT ) | |
| WORKERS OF AMERICA, LOCAL 1186 ) | |
| ) | |
|    Defendant/Counterclaim Plaintiff. ) | |
| ) | |

## ORDER OF COURT

AND NOW, this _____ day of _____ 2008, it is hereby ORDERED that Plaintiff's Motion to File a Sur-Reply to Defendant's Reply Memorandum in Support of Motion to Show Cause is GRANTED. Plaintiff shall file its Sur-Reply, limited to \_7\_\_\_\_ pages, within \_10\_\_\_\_ days of this Order.

_____
                                                                                                                      J.