# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

ACCURIDE ERIE, L.P.                              )
                                                 )
    Plaintiff/Counterclaim Defendant,        )       Civil Action No. 05-CV-00169
                                                 )
    v.                                       )       Judge Sean J. McLaughlin
                                                 )
INTERNATIONAL UNION, UNITED                      )
AUTOMOBILE, AEROSPACE, AND                       )
AGRICULTURAL IMPLEMENT                           )
WORKERS OF AMERICA, LOCAL 1186                   )
                                                 )
    Defendant/Counterclaim Plaintiff.        )
                                                 )

Michael Pinson, being duly sworn, states as follows:

1.    I am an adult resident of the State of Pennsylvania. I have personal knowledge of, and am competent to testify about, the matters contained in this Affidavit.

2.    As of June 1, 2004, there were 19 employees of Accuride Erie, L.P. ("Accuride" or the "Company") who had retired from employment with their former employer, Kaiser Aluminum and Chemical Corporation ("Kaiser"), and elected to receive retiree medical benefits from Kaiser to the exclusion of medical benefits from Accuride (the "Kaiser retirees"). Their date of hire by Accuride was April 30, 1997.

3.    In May 2006, Accuride and the UAW met to discuss compliance with Arbitrator Creo's Award. At that time, the UAW submitted information on behalf of 14 of the Kaiser retirees documenting out-of-pocket medical costs they incurred since June 1, 2004. Additionally, one of the Kaiser retirees informed Accuride that he had no costs to be reimbursed. The remaining four Kaiser retirees did not respond to repeated requests for information concerning out-of-pocket medical costs, and in fact have never provided such information in spite of recent requests including in my letters to them dated April 18, 2008. *See* Exhibit 3, attached to my affidavit dated June 5, 2008.

1

4.    The information submitted on behalf of the 14 Kaiser retirees included documentation of premiums paid in order to continue to participate in Kaiser's retiree medical plan after June 1, 2004. The documentation showed that each of the Kaiser retirees participated in Kaiser's retiree medical plan at least during his employment by Accuride. Based on the documents submitted, Accuride estimated the out of pocket expenses to be reimbursed for each of the Kaiser retirees. The reimbursements ranged between $600 to $7,500 based upon, among other things, the documented premiums paid by each Kaiser retiree for his coverage category (i.e. single, single plus spouse, or family coverage), and the number of months he paid for such coverage while employed by Accuride. Accuride presented these estimates to the UAW in May 2006 and, more recently, I reiterated them in my correspondence dated January 28, 2008 to Louis Stagner, in which I informed the UAW of Accuride's efforts to comply with the Creo Award.

5.    As of February 2008, six of the Kaiser retirees continued to be Accuride employees. They were: Gary Irish; Dan Percy; Gary Wilson; John Harmich; John Loeslein; and Larry Zielinski. In my correspondence to each of them dated April 11, 2008, I requested that they provide additional information concerning their out-of-pocket medical costs to supplement the information that was provided in May 2006. All responded, and all except Zielinski provided additional information. Zielinski informed Accuride, through the UAW's legal counsel, that he had no information to submit.

6.    The documents submitted by Irish, Percy, Wilson, Harmich and Loeslein showed that as of February 2008, all were participating in Kaiser's retiree medical plan. Accuride calculated the cost to these employees of maintaining their Kaiser retiree medical plan coverage between June 1, 2004, and March 1, 2008, the effective enrollment date for those who elected coverage under its employee medical plan. The total costs to be reimbursed included the

2

documented premium payments during this time period, net after the applicable health care tax credit, less the cost that each would have paid to participate in Accuride's employee medical plan. After calculating the costs, Accuride provided reimbursement payments to the employees as follows: a payment of $6,107.38 was mailed to Irish on July 11, 2008; a payment of $18,246.72 was mailed to Percy on July 14, 2008; a payment of $11,551.56 was mailed to Wilson on July 18, 2008; a payment of $6,107.38 was mailed to Harmich on July 11, 2008; and a payment of $11,604.69 was mailed to Loeslein on July 18, 2008. Copies of my letters to Irish, Percy, Wilson, Harmich, and Loeslein transmitting their payments are attached as Exhibits 1 – 5.

7.      In addition to documenting their participation in the Kaiser retiree medical plan, two employees, Irish and Harmich, submitted copies of correspondence they received from Kaiser in October 2004 confirming their continuing coverage and stating that they would be eligible to receive the Kaiser retiree medical benefits for their lifetimes. The correspondence, copies of which are attached as Exhibits 6 and 7, both stated that "You are eligible to keep this policy for life as long as your premiums are paid on time."

8.      The remaining Kaiser retirees terminated their employment with Accuride due to retirement on January 1 or March 1, 2005. All retired under a special voluntary retirement opportunity that was negotiated by Accuride and the UAW in August 2003. Among many other benefits they received as a result of the special opportunity, the retirees received a pension benefit under Accuride's Hourly Employee Pension Plan that was calculated based upon less than 7 years of continuous service with Accuride. An employee's seniority date is not used to calculate the amount of benefits under the special opportunity or under Accuride's Pension Plan.

9.      The Kaiser retirees who retired from Accuride in 2005 and who submitted information in May 2006 documented their continuing participation in Kaiser's retiree medical

3

plan. The estimated reimbursement payments to those retirees were calculated based on their documented premium payments for Kaiser coverage. On April 11, 2008, I sent a letter to each of these Kaiser retirees requesting that they provide additional information to Accuride in connection with calculating their reimbursement payments. My letter requested responses within 90 days. 90 days after this correspondence, only one of the retirees had responded to my letter. James Anderson responded that he had no additional information that he desired to provide. Therefore, on July 11, I mailed checks to the Kaiser retirees for the amount of the out-of-pocket expenses that were estimated in May 2006. Copies of those letters are attached as Exhibits 8 – 16.

10.     On July 16, 2008, Accuride contacted Kaiser seeking to confirm whether any of the Kaiser retirees who were employed by Accuride are participating in its retiree medical plan. Kaiser's Director of Compensation and Benefits, Charles Romeo, responded and confirmed that several of the Kaiser retirees currently are participating in Kaiser's retiree medical plan, including: Gary Wilson, John Harmich, John Loeslein, Gerald Myers, and Dennis Stafford. Further, Romeo informed us that another two of the Kaiser retirees until recently were participating in its retiree medical plan, but discontinued their coverage when they became eligible for Medicare: Doug Ferguson (discontinued effective December 31, 2007); and Ron Fox (discontinued effective February 29, 2008). Romeo could not confirm at the time of his response to us that the information he provided was complete. At this time, Accuride does not know the coverage status of all the Kaiser retirees because several individuals have not responded to

4

my April 11 letters requesting information from them.   Copies of electronic documents we

received from Kaiser concerning information about Kaiser retirees are attached as Exhibits 17 -

23.

NOTARIAL SEAL
CATHRINE M GOGUEN
Notary Public
ERIE CITY, ERIE COUNTY
My Commission Expires Mar 2, 2011

Michael Pinson

Notary Public

Sworn to and subscribed before me
this 21⁵ day of July_____, 2008

My Commission Expires: 3/2/2011

5

**ACCURIDE**

**ERIE L.P.**

July 11, 2008

1015 East 12th Street
Erie, Pennsylvania 16503
U.S.A.

Telephone: (814) 480-6400

Mr. Gary Irish

████████████████

Erie, PA 16510

Re:    Reimbursement of Out-of-Pocket Medical Costs

Dear Gary:

In my recent letter to you, I informed you that as a result of a court decision in *Accuride Erie L.P. v. UAW Local 1186*, the Company has made the decision to reimburse eligible employees and former employees who experienced certain out-of-pocket medical costs during their employment.

I also informed you that you are eligible for a payment as a result of the Company's decision.  As you know, in the Spring of 2006 the Company estimated that you experienced reimbursable out-of-pocket costs in the amount of $2,500.  Based upon the information you provided to us in response to my letter, we have determined that you incurred additional eligible out-of-pocket expenses of $3,607.38.  Accordingly, your total out-of-pocket costs to be reimbursed are $6,107.38.

Enclosed is a check payable to you for $6,107.38.

Please contact me if you have any questions.

Very truly yours,

Michael A. Pinson
Accuride Aluminum Wheels
Human Resources Director

Enclosure

cc:    Mike Sherbin, UAW Local 1186

**EXHIBIT 1**

**ACCURIDE**
**ERIE L.P.**

| Date | Invoice # | Amount |
|---|---|---|
| 6/26/08 | 1 | 6,107.38 |

Check No: 70046991                     Date: 7/05/08



*See Reverse Side For Easy Opening Instructions*

**ACCURIDE**
**ERIE L.P.**

1015 East 12th St.
ERIE, PA 16503

GARY IRISH

ERIE
PA    USA    16510



ERIE L.P.

July 14, 2008

1015 East 12th Street
Erie, Pennsylvania 16503
U.S.A.

Telephone: (814) 480-6400

Mr. Dan Percy
~~████████████~~
Wattsburg, PA    16442

     Re:    Reimbursement of Out-of-Pocket Medical Costs

Dear Dan:

     In my letter dated July 11, I informed you that on July 9 we received information from you in response to my requests for supplemental documentation concerning your reimbursable out-of-pocket medical costs during your employment at Accuride Erie.

     As you know, in the Spring of 2006 the Company estimated that you experienced reimbursable out-of-pocket costs in the amount of $7,500.  Based upon the information you provided in response to my recent letters, we have determined that you incurred additional eligible out-of-pocket expenses of $10,746.72.  Accordingly, your total out-of-pocket costs to be reimbursed are $18,246.72.

     Enclosed is a check payable to you for $18,246.72.

     Please contact me if you have any questions.

                    Very truly yours,

                    Michael A. Pinson
                    Accuride Aluminum Wheels
                    Human Resources Director

Enclosure

cc:    Mike Sherbin, UAW Local 1186

**EXHIBIT 2**

**ACCURIDE®**
**ERIE L.P.**

| Date | Invoice # | Amount |
|---|---|---|
| 7/14/08 | 2 | 18,246.72 |

Check No: 70047192          Date:  7/14/08

**ACCURIDE®**
**ERIE L.P.**
1015 East 12th St.
Erie, PA 16503

74-1329
724

Fifth Third Bank
Cincinnati, OH

Check No: 70047192

EIGHTEEN THOUSAND TWO HUNDRED FORTY SIX DOLLARS
AND 72 Cents

Date: 7/14/08
Pay ***18,246.72

Order of DAN PEROV

Memo

Authorized Signature



ERIE L.P.

July 17, 2008

Mr. Gary Wilson

Edinboro, PA  16412

1015 East 12th Street
Erie, Pennsylvania 16503
U.S.A.

Telephone: (814) 480-6400

> Re:    Reimbursement of Out-of-Pocket Medical Costs

Dear Gary:

In my letter dated July 11, I informed you that on July 9 we received information from you in response to my requests for supplemental documentation concerning your reimbursable out-of-pocket medical costs during your employment at Accuride Erie.

As you know, in the Spring of 2006 the Company estimated that you experienced reimbursable out-of-pocket costs in the amount of $4,500. Based upon the information you provided in response to my recent letters, we have determined that you incurred additional eligible out-of-pocket expenses since that time of $7,051.56. That amount includes total payments you made to participate in Kaiser's retiree medical plan between May 2006 and February 2008 of $7,936.50, net after health care tax credits, less contributions of $884.94 you would have made to participate in Accuride's employee medical plan during the same period.

The documentation you submitted shows that the expenses you incurred for items such as prescription drug and office visit copays are less than the expenses you would have paid under Accuride's plan. Accordingly, no additional reimbursement will be provided for those costs.

Accordingly, we have determined that your total out-of-pocket costs to be reimbursed are $11,551.56.

Finally, our 401(k) plan administrator has informed us that we are unable to accommodate your request that the reimbursement be deposited into your 401(k) account. Therefore, enclosed is a check payable to you for $11,551.56.

Please contact me if you have any questions.

Very truly yours,

Michael A. Pinson
Accuride Aluminum Wheels
Human Resources Director

Enclosure

cc:    Mike Sherbin, UAW Local 1186

**EXHIBIT 3**

**ACCURIDE**
ERIE L.P.

| Date | Invoice # | Amount |
|------|-----------|--------|
| 7/16/08 | 2 | 11,551.56 |

Check No: 70047284          Date: 7/18/08

**ACCURIDE**
ERIE L.P.
1015 East 12th St.
ERIE, PA 16503

74-1329
724

Fifth Third Bank
Cincinnati, OH
Check No 70047284

Pay ELEVEN THOUSAND FIVE HUNDRED FIFTY ONE Dollars
AND 56 Cents

Date    7/18/08
Pay  $**11,551.56

To the
Order of GARY WILSON

Memo

_Authorized Signature_

*See Reverse Side For Easy Opening Instructions*

**ACCURIDE**
ERIE L.P.

1015 East 12th St.
ERIE, PA 16503

GARY WILSON

EDINBORO
PA    USA      16412



**ERIE L.P.**

1015 East 12th Street
Erie, Pennsylvania 16503
U.S.A.

Telephone: (814) 480-6400

July 11, 2008

Mr. John Harmich
~~~~
Erie, PA  16506

Re:    Reimbursement of Out-of-Pocket Medical Costs

Dear John:

In my recent letter to you, I informed you that as a result of a court decision in *Accuride Erie L.P. v. UAW Local 1186*, the Company has made the decision to reimburse eligible employees and former employees who experienced certain out-of-pocket medical costs during their employment.

I also informed you that you are eligible for a payment as a result of the Company's decision. As you know, in the Spring of 2006 the Company estimated that you experienced reimbursable out-of-pocket costs in the amount of $2,500. Based upon the information you provided to us in response to my letter, we have determined that you incurred additional eligible out-of-pocket expenses of $3,607.38. Accordingly, your total out-of-pocket costs to be reimbursed are $6,107.38.

Enclosed is a check payable to you for $6,107.38.

Please contact me if you have any questions.

Very truly yours,

Michael A. Pinson
Accuride Aluminum Wheels
Human Resources Director

Enclosure

cc:    Mike Sherbin, UAW Local 1186

**EXHIBIT 4**

**ACCURIDE**
**ERIE L.P.**

| Date | Invoice # | Amount |
|------|-----------|--------|
| 6/26/08 | 1 | 6,107.38 |

Check No: 70046978                    Date: 7/05/08

**ACCURIDE**
**ERIE L.P.**
1015 East 12th St.
ERIE PA 16503

74-1329
724

Fifth Third Bank
Cincinnati, OH

Pay SIX THOUSAND ONE HUNDRED SEVEN Dollars AND 38
Cents

Check No 70046978

Date 7/05/08

To the
Order of JOHN HARMICH

Pay ***6,107.38

Memo

*Authorized Signature*

*See Reverse Side For Easy Opening Instructions*

**ACCURIDE**
**ERIE L.P.**

1015 East 12th St.
ERIE, PA 16503

JOHN HARMICH

ERIE
PA    USA    16506



<div align="right">
July 15, 2008
</div>

<div align="right">
1015 East 12th Street<br>
Erie, Pennsylvania 16503<br>
U.S.A.<br>
Telephone: (814) 480-6400
</div>

Mr. John Loeslein
~~████████~~
Erie, PA 16509-2226

    Re:   Reimbursement of Out-of-Pocket Medical Costs

Dear John:

    In my letter dated July 11, I informed you that on July 9 we received information from you in response to my requests for supplemental documentation concerning your reimbursable out-of-pocket medical costs during your employment at Accuride Erie.

    As you know, in the Spring of 2006 the Company estimated that you experienced reimbursable out-of-pocket costs in the amount of $4,500. Based upon the information you provided in response to my recent letters, we have determined that you incurred additional eligible out-of-pocket expenses of $7,104.69. Accordingly, your total out-of-pocket costs to be reimbursed are $11,604.69.

    Enclosed is a check payable to you for $11,604.69.

    Please contact me if you have any questions.

                Very truly yours,

                Michael A. Pinson
                Accuride Aluminum Wheels
                Human Resources Director

Enclosure

cc:   Mike Sherbin, UAW Local 1186

**EXHIBIT 5**

**ACCURIDE**
ERIE L.P.

| Date | Invoice # | Amount |
|------|-----------|--------|
| 7/15/08 | 2 | 11,604.69 |

Check No: 70047285                    Date:   7/18/08

**ACCURIDE**
ERIE L.P
1015 East 12th St.
ERIE, PA 16503

74-1329
724

Fifth Third Bank
Cincinnati, OH

Check No 70047285
Date   7/18/08
Pay ***11,604.69

Pay ELEVEN THOUSAND SIX HUNDRED FOUR DOLLARS AND 69
cents
To The
Order of  JOHN LOESLEIN

Memo

Authorized Signature

*See Reverse Side For Easy Opening Instructions*

**ACCURIDE**
ERIE L.P.

1015 East 12th St.
ERIE, PA 16503

JOHN LOESLEIN

ERIE
PA    USA    16509

**KAISER ALUMINUM**
**& CHEMICAL CORPORATION**

October 8, 2004

Gary Irish
~~[redacted]~~
Erie, PA 16510

Dear Mr. Irish:

I am writing to confirm your participation in the Bankruptcy COBRA Plan offered through Kaiser Aluminum and Chemical Corporation, your former employer. Our records indicate that you are currently participating in the plan. Your effective date in the plan was 06-01-2004. You are eligible to keep this policy for life as long as your premiums are paid on time. Your monthly premium amount is $591.22 and you are currently paid in full through October 2004. Your premium is broken down as follows:

| | |
|---|---|
| 2-Party Medical - | $579.63 |
| 2% COBRA Fee - | $11.59 |
| Total - | $591.22 |

If you have any questions or concerns regarding your account, please contact our customer service department at 1-877-794-4446. They are available from 8:00 a.m. – 7:00 p.m. EST.

Sincerely,

Melissa Freker
Kaiser COBRA Administrator
EBDS

**EXHIBIT 6**

KACC Admin • One Gateway Center, Suite 1250 • 420 Ft Duquesne Blvd • Pittsburgh PA 15222

**KAISER ALUMINUM**
**& CHEMICAL CORPORATION**

October 15, 2004

John Harmich
Millcreek, PA 16506

Dear Mr. Harmich:

I am writing to confirm your participation in the Bankruptcy COBRA Plan offered through Kaiser Aluminum and Chemical Corporation, your former employer. Our records indicate that you are currently participating in the plan. Your effective date in the plan was 06-01-2004. You are eligible to keep this policy for life as long as your premiums are paid on time. Your monthly premium amount is $332.56 and you are currently paid in full through October 2004. Your premium is broken down as follows:

| | |
|---|---|
| Individual Medical - | $326.04 |
| 2% COBRA Fee - | $6.52 |
| Total - | $332.56 |

If you have any questions or concerns regarding your account, please contact our customer service department at 1-877-794-4446. They are available from 8:00 a.m. – 7:00 p.m. EST.

Sincerely,


Melissa Freker
Kaiser COBRA Administrator
EBDS




**EXHIBIT 7**


KACC Admin • One Gateway Center, Suite 1250 • 420 Ft Duquesne Blvd • Pittsburgh PA 15222



**ERIE L.P.**

July 11, 2008

1015 East 12th Street
Erie, Pennsylvania 16503
U.S.A.

Telephone: (814) 480-6400

Mr. James Anderson

Erie, PA 16508

Re:    Reimbursement of Out-of-Pocket Medical Costs

Dear Jim:

In my letter to you dated April 11, I informed you that as a result of a court decision in *Accuride Erie L.P. v. UAW Local 1186*, the Company has made the decision to reimburse eligible employees and former employees who experienced certain out-of-pocket medical costs during their employment.

I also informed you that you are eligible for a payment as a result of the Company's decision. As you know, in the Spring of 2006 the Company estimated that you experienced reimbursable out-of-pocket costs in the amount of $900. In my letter, I requested that you furnish, within 90 calendar days, documentation of any out-of-pocket expenses since the Spring of 2006 that you wished us to consider in calculating your total reimbursable expenses. Since that time, we have not received any additional information from you.

Therefore, we have determined that your reimbursable costs as of the Spring of 2006 are your total reimbursable expenses. Enclosed is a check payable to you for that amount.

Please contact me if you have any questions.

Very truly yours,

Michael A. Pinson
Accuride Aluminum Wheels
Human Resources Director

Enclosure

cc:    Mike Sherbin, UAW Local 1186

**EXHIBIT 8**

**ACCURIDE**
ERIE L.P.

| Date | Invoice # | Amount |
|------|-----------|--------|
| 6/26/08 | 1 | 900.00 |

Check No: 70046990          Date: 7/05/08

**ACCURIDE**
ERIE L.P.
1015 East 12th St.
ERIE, PA 16503

74-1329
724

Fifth Third Bank
Cincinnati, OH

Check No 70046990

Pay NINE HUNDRED Dollars ONLY

Date    7/05/08
Pay *****900.00

To the
Order of JAMES ANDERSON

Memo

*Authorized Signature*

*See Reverse Side For Easy Opening Instructions*

**ACCURIDE**
ERIE L.P.

1015 East 12th St.
ERIE, PA 16503

JAMES ANDERSON

ERIE
PA    USA    16508



**ERIE L.P.**

July 11, 2008

1015 East 12th Street
Erie, Pennsylvania 16503
U.S.A.

Telephone: (814) 480-6400

Mr. James Briggs

Union City, PA  16438

      Re:    Reimbursement of Out-of-Pocket Medical Costs

Dear Jim:

      In my letter to you dated April 11, I informed you that as a result of a court decision in *Accuride Erie L.P. v. UAW Local 1186*, the Company has made the decision to reimburse eligible employees and former employees who experienced certain out-of-pocket medical costs during their employment.

      I also informed you that you are eligible for a payment as a result of the Company's decision. As you know, in the Spring of 2006 the Company estimated that you experienced reimbursable out-of-pocket costs in the amount of $900. In my letter, I requested that you furnish, within 90 calendar days, documentation of any out-of-pocket expenses since the Spring of 2006 that you wished us to consider in calculating your total reimbursable expenses. Since that time, we have not received any additional information from you.

      Therefore, we have determined that your reimbursable costs as of the Spring of 2006 are your total reimbursable expenses. Enclosed is a check payable to you for that amount.

      Please contact me if you have any questions.

                  Very truly yours,

                  Michael A. Pinson
                  Accuride Aluminum Wheels
                  Human Resources Director

Enclosure

cc:    Mike Sherbin, UAW Local 1186

**EXHIBIT 9**

**ACCURIDE°**
**ERIE L.P.**

| Date | Invoice # | Amount |
|------|-----------|--------|
| 6/26/08 | 1 | 900.00 |

Check No: 70046989          Date:  7/05/08

**ACCURIDE°**
**ERIE L.P.**
1015 East 12th St.
ERIE, PA 16503

74-1329
724

Fifth Third Bank
Cincinnati, OH

Check No 70046989

Pay NINE HUNDRED DOLLARS ONLY

Date    7/05/08

Pay    ***900.00

To the
Order of JAMES BRIGGS

Memo

Authorized Signature

*See Reverse Side For Easy Opening Instructions*

**ACCURIDE°**
**ERIE L.P.**

1015 East 12th St.
ERIE, PA 16503

JAMES BRIGGS

UNION CITY
PA    USA    16438



**ERIE L.P.**

July 11, 2008

1015 East 12th Street
Erie, Pennsylvania 16503
U.S.A.

Telephone: (814) 480-6400

Mr. Doug Ferguson

Erie, PA 16511

Re:    Reimbursement of Out-of-Pocket Medical Costs

Dear Doug:

In my letter to you dated April 11, I informed you that as a result of a court decision in *Accuride Erie L.P. v. UAW Local 1186*, the Company has made the decision to reimburse eligible employees and former employees who experienced certain out-of-pocket medical costs during their employment.

I also informed you that you are eligible for a payment as a result of the Company's decision. As you know, in the Spring of 2006 the Company estimated that you experienced reimbursable out-of-pocket costs in the amount of $1,200. In my letter, I requested that you furnish, within 90 calendar days, documentation of any out-of-pocket expenses since the Spring of 2006 that you wished us to consider in calculating your total reimbursable expenses. Since that time, we have not received any additional information from you.

Therefore, we have determined that your reimbursable costs as of the Spring of 2006 are your total reimbursable expenses. Enclosed is a check payable to you for that amount.

Please contact me if you have any questions.

Very truly yours,

Michael A. Pinson
Accuride Aluminum Wheels
Human Resources Director

Enclosure

cc:    Mike Sherbin, UAW Local 1186

**EXHIBIT 10**

**ACCURIDE®**
ERIE L.P.

| Date | Invoice # | Amount |
|------|-----------|--------|
| 6/26/08 | 1 | 1,200.00 |

**Check No: 70046988**          **Date: 7/05/08**



*See Reverse Side For Easy Opening Instructions*

**ACCURIDE®**
ERIE L.P.

1015 East 12th St.
ERIE, PA 16503

DOUG FERGUSON

ERIE
PA    USA     16511



**ERIE L.P.**

July 11, 2008

1015 East 12th Street
Erie, Pennsylvania 16503
U.S.A.

Telephone: (814) 480-6400

Mr. Ron Fox
~~_____~~
Erie, PA  16510

     Re:    Reimbursement of Out-of-Pocket Medical Costs

Dear Ron:

    In my letter to you dated April 11, I informed you that as a result of a court decision in *Accuride Erie L.P. v. UAW Local 1186*, the Company has made the decision to reimburse eligible employees and former employees who experienced certain out-of-pocket medical costs during their employment.

    I also informed you that you are eligible for a payment as a result of the Company's decision. As you know, in the Spring of 2006 the Company estimated that you experienced reimbursable out-of-pocket costs in the amount of $1,200. In my letter, I requested that you furnish, within 90 calendar days, documentation of any out-of-pocket expenses since the Spring of 2006 that you wished us to consider in calculating your total reimbursable expenses. Since that time, we have not received any additional information from you.

    Therefore, we have determined that your reimbursable costs as of the Spring of 2006 are your total reimbursable expenses. Enclosed is a check payable to you for that amount.

    Please contact me if you have any questions.

                    Very truly yours,

                    Michael A. Pinson
                    Accuride Aluminum Wheels
                    Human Resources Director

Enclosure

cc:    Mike Sherbin, UAW Local 1186

**EXHIBIT 11**

**ACCURIDE**
ERIE L.P.

| Date | Invoice # | Amount |
|------|-----------|--------|
| 6/26/08 | 1 | 1,200.00 |

Check No: 70046987                Date:  7/05/08

**ACCURIDE**
ERIE L.P.
1015 East 12th St.
ERIE, PA 16503

74-1329    Fifth Third Bank
724        Cincinnati  OH

Check No 70046987
Date   7/05/08
Pay   *13,200.00*

Pay ONE THOUSAND TWO HUNDRED Dollars ONLY

To the
Order of: RON FOX

Memo

Authorized Signature

*See Reverse Side For Easy Opening Instructions*

**ACCURIDE**
ERIE L.P.

1015 East 12th St.
ERIE, PA 16503

RON FOX

ERIE
PA   USA    16510



**ERIE L.P.**

July 11, 2008

1015 East 12th Street
Erie, Pennsylvania 16503
U.S.A.

Telephone: (814) 480-6400

Mr. Ron Huzinec
▬▬▬▬▬▬
Wattsburg, PA  16442

      Re:    Reimbursement of Out-of-Pocket Medical Costs

Dear Ron:

      In my letter to you dated April 11, I informed you that as a result of a court decision in *Accuride Erie L.P. v. UAW Local 1186*, the Company has made the decision to reimburse eligible employees and former employees who experienced certain out-of-pocket medical costs during their employment.

      I also informed you that you are eligible for a payment as a result of the Company's decision.  As you know, in the Spring of 2006 the Company estimated that you experienced reimbursable out-of-pocket costs in the amount of $900.   In my letter, I requested that you furnish, within 90 calendar days, documentation of any out-of-pocket expenses since the Spring of 2006 that you wished us to consider in calculating your total reimbursable expenses.  Since that time, we have not received any additional information from you.

      Therefore, we have determined that your reimbursable costs as of the Spring of 2006 are your total reimbursable expenses.  Enclosed is a check payable to you for that amount.

      Please contact me if you have any questions.

                    Very truly yours,

                    Michael A. Pinson
                    Accuride Aluminum Wheels
                    Human Resources Director

Enclosure

cc:   Mike Sherbin, UAW Local 1186

**EXHIBIT 12**

**ACCURIDE®**
**ERIE L.P.**

| Date | Invoice # | Amount |
|------|-----------|--------|
| 6/26/08 | 1 | 900.00 |

Check No: 70046986          Date:   7/05/08

**ACCURIDE®**
**ERIE L.P.**

1015 East 12th St.
ERIE, PA 16503

74-1329
724

Fifth Third Bank
Cincinnati, OH

Check No 70046986

Pay NINE HUNDRED DOLLARS ONLY

Date   7/05/08
Pay   ****900.00

To the
Order of  RON HUZINEC

Memo

*Authorized Signature*

*See Reverse Side For Easy Opening Instructions*

**ACCURIDE®**
**ERIE L.P.**

1015 East 12th St.
ERIE, PA 16503

RON HUZINEC

WATTSBURG
PA    USA      16442



**ERIE L.P.**

1015 East 12th Street
Erie, Pennsylvania 16503
U.S.A.

Telephone: (814) 480-6400

July 11, 2008

Mr. Gerald Myers

Waterford, PA  16441

   Re: Reimbursement of Out-of-Pocket Medical Costs

Dear Gerald:

  In my letter to you dated April 11, I informed you that as a result of a court decision in *Accuride Erie L.P. v. UAW Local 1186*, the Company has made the decision to reimburse eligible employees and former employees who experienced certain out-of-pocket medical costs during their employment.

  I also informed you that you are eligible for a payment as a result of the Company's decision. As you know, in the Spring of 2006 the Company estimated that you experienced reimbursable out-of-pocket costs in the amount of $900.  In my letter, I requested that you furnish, within 90 calendar days, documentation of any out-of-pocket expenses since the Spring of 2006 that you wished us to consider in calculating your total reimbursable expenses.  Since that time, we have not received any additional information from you.

  Therefore, we have determined that your reimbursable costs as of the Spring of 2006 are your total reimbursable expenses.  Enclosed is a check payable to you for that amount.

  Please contact me if you have any questions.

     Very truly yours,

     Michael A. Pinson
     Accuride Aluminum Wheels
     Human Resources Director

Enclosure

cc: Mike Sherbin, UAW Local 1186

**EXHIBIT 13**

**ACCURIDE®**
**ERIE L.P.**

| Date | Invoice # | Amount |
|------|-----------|--------|
| 6/26/08 | 1 | 900.00 |

Check No: 70046984          Date:  7/05/08

**ACCURIDE®**
**ERIE L.P.**
1015 East 12th St.                                        74-1929          Fifth Third Bank
ERIE, PA 16503                                              724             Cincinnati, OH

                                                                        Check No. 70046984

Pay NINE HUNDRED Dollars ONLY                                          Date    7/05/08
To the                                                                 Pay  *****900.00
Order of  GERALD MYERS

Memo                                                        _James Taylor_
                                                            Authorized Signature

*See Reverse Side For Easy Opening Instructions*

**ACCURIDE®**
**ERIE L.P.**
1015 East 12th St.
ERIE, PA 16503

          GERALD MYERS

          WATERFORD
          PA   USA      16441



**ERIE L.P.**

July 11, 2008

1015 East 12th Street
Erie, Pennsylvania 16503
U.S.A.

Telephone: (814) 480-6400

Mr. Leonard Popovich

Erie, PA  16510

Re:    Reimbursement of Out-of-Pocket Medical Costs

Dear Leonard:

In my letter to you dated April 11, I informed you that as a result of a court decision in *Accuride Erie L.P. v. UAW Local 1186*, the Company has made the decision to reimburse eligible employees and former employees who experienced certain out-of-pocket medical costs during their employment.

I also informed you that you are eligible for a payment as a result of the Company's decision.  As you know, in the Spring of 2006 the Company estimated that you experienced reimbursable out-of-pocket costs in the amount of $600.   In my letter, I requested that you furnish, within 90 calendar days, documentation of any out-of-pocket expenses since the Spring of 2006 that you wished us to consider in calculating your total reimbursable expenses.  Since that time, we have not received any additional information from you.

Therefore, we have determined that your reimbursable costs as of the Spring of 2006 are your total reimbursable expenses.  Enclosed is a check payable to you for that amount.

Please contact me if you have any questions.

Very truly yours,

Michael A. Pinson
Accuride Aluminum Wheels
Human Resources Director

Enclosure

cc:    Mike Sherbin, UAW Local 1186

**EXHIBIT 14**

**ACCURIDE®**
**ERIE L.P.**

| Date | Invoice # | Amount |
|------|-----------|--------|
| 6/26/08 | 1 | 600.00 |

Check No: 70046982                    Date:  7/05/08

**ACCURIDE®**
**ERIE L.P.**
1015 East 12th St
ERIE, PA 16503

Pay SIX HUNDRED Dollars ONLY

To the
Order of LEONARD POPOVICH

Memo

74-1329
724

Fifth Third Bank
Cincinnati  OH

Check No 70046982

Date  7/05/08
Pay ****600.00

Authorized Signature

**"See Reverse Side For Easy Opening Instructions"**

**ACCURIDE®**
**ERIE L.P.**

1015 East 12th St.
ERIE, PA 16503

LEONARD POPOVICH

ERIE
PA    USA    16510



**ERIE L.P.**

July 11, 2008

1015 East 12th Street
Erie, Pennsylvania 16503
U.S.A.

Telephone: (814) 480-6400

Mr. Dan Stafford

North East, PA  16428

  Re: Reimbursement of Out-of-Pocket Medical Costs

Dear Dan:

   In my letter to you dated April 11, I informed you that as a result of a court decision in *Accuride Erie L.P. v. UAW Local 1186*, the Company has made the decision to reimburse eligible employees and former employees who experienced certain out-of-pocket medical costs during their employment.

   I also informed you that you are eligible for a payment as a result of the Company's decision. As you know, in the Spring of 2006 the Company estimated that you experienced reimbursable out-of-pocket costs in the amount of $600. In my letter, I requested that you furnish, within 90 calendar days, documentation of any out-of-pocket expenses since the Spring of 2006 that you wished us to consider in calculating your total reimbursable expenses. Since that time, we have not received any additional information from you.

   Therefore, we have determined that your reimbursable costs as of the Spring of 2006 are your total reimbursable expenses. Enclosed is a check payable to you for that amount.

   Please contact me if you have any questions.

       Very truly yours,

       Michael A. Pinson
       Accuride Aluminum Wheels
       Human Resources Director

Enclosure

cc: Mike Sherbin, UAW Local 1186

**EXHIBIT 15**

**ACCURIDE®**
**ERIE L.P.**

| Date | Invoice # | Amount |
|------|-----------|--------|
| 6/26/08 | 1 | 600.00 |

Check No: 70046981       Date: 7/05/08

**ACCURIDE®**
**ERIE L.P.**
1015 East 12th St.
ERIE, PA 16503

74-1329
724

Fifth Third Bank
Cincinnati, OH

Check No 70046981
Date 7/05/08
Pay ****$600.00

Pay SIX HUNDRED DOLLARS ONLY

To the
Order of DAN STAFFORD

Memo

*Authorized Signature*

*See Reverse Side For Easy Opening Instructions*

**ACCURIDE®**
**ERIE L.P.**
1015 East 12th St.
ERIE, PA 16503

DAN STAFFORD

NORTH EAST
PA    USA    16428

**ACCURIDE**
**ERIE L.P.**

July 11, 2008

1015 East 12th Street
Erie, Pennsylvania 16503
U.S.A.

Telephone: (814) 480-6400

Mr. Dennis Taraszki

Erie, PA 16510

     Re:    Reimbursement of Out-of-Pocket Medical Costs

Dear Dennis:

     In my letter to you dated April 11, I informed you that as a result of a court decision in *Accuride Erie L.P. v. UAW Local 1186*, the Company has made the decision to reimburse eligible employees and former employees who experienced certain out-of-pocket medical costs during their employment.

     I also informed you that you are eligible for a payment as a result of the Company's decision. As you know, in the Spring of 2006 the Company estimated that you experienced reimbursable out-of-pocket costs in the amount of $1,200. In my letter, I requested that you furnish, within 90 calendar days, documentation of any out-of-pocket expenses since the Spring of 2006 that you wished us to consider in calculating your total reimbursable expenses. Since that time, we have not received any additional information from you.

     Therefore, we have determined that your reimbursable costs as of the Spring of 2006 are your total reimbursable expenses. Enclosed is a check payable to you for that amount.

     Please contact me if you have any questions.

                Very truly yours,

                Michael A. Pinson
                Accuride Aluminum Wheels
                Human Resources Director

Enclosure

cc:    Mike Sherbin, UAW Local 1186

**EXHIBIT 16**

**ACCURIDE®**
ERIE L.P.

| Date | Invoice # | Amount |
|------|-----------|--------|
| 6/26/08 | 1 | 1,200.00 |

Check No: 70046980      Date: 7/05/08

**ACCURIDE®**
ERIE L.P.
1015 East 12th St.
ERIE, PA 16503

74-1329
724

Fifth Third Bank
Cincinnati, OH

Check No 70046980

Pay ONE THOUSAND TWO HUNDRED Dollars ONLY

Date 7/05/08
Pay ****1,200.00

To the
Order of DENNIS TARASZKI

Memo

*Authorized Signature*

*See Reverse Side For Easy Opening Instructions*

**ACCURIDE®**
ERIE L.P.

1015 East 12th St.
ERIE, PA 16503

DENNIS TARASZKI

ERIE
PA    USA     16510



**EXHIBIT 17**

ADP COBRA Web Site - Microsoft Internet Explorer

File  Edit  View  Favorites  Tools  Help

Back ·  Search  Favorites

Address https://benefits.adp.com/cobra/

ADP COBRA Services

Home  My Profile  Reinstate  Help  Logout  QuickJump - select -

Company Information | Reports

Participant Services  Participant Search  Search Details

## Participant Detail:

**Name:** GARY WILSON (1048326)
**SSN:**

Election Package: Mailed on: N/A, Grace Date: N/A
Last Payment: Check #09HCTC, $1177.41 on 07/03/2008 for the period 07/01/2008 - 07/31/2008
Paid Through: 07/31/2008
ACH Entered: N/A
ACH Effective: N/A

─── PERSONAL INFORMATION ───
Address:
Home Phone:
DOB: 02/08/1947
Marital Status: Unknown
Gender: M

EDINBORO, PA 16412

─── COVERAGE INFORMATION ───
Beneficiary Status: Direct Billing Participant
Beneficiary Type: Normal Retiree
QE Date: 06/01/2004
QE Reason: Direct Billing
Coverage Lost: -
Terminated: -

## Plan Information:

─── CURRENT PLANS / RATES ───

| Plan Name | Coverage Tier | Deps Covered | Paid Through | Monthly Rate | Coverage Plan Date |
|---|---|---|---|---|---|
| UHC Choice Plus Plan (Point of Service) H | Two Persons | GARY WILSON | 7/31/2008 | $1,177.41 | 01/01/2008 - |

[New Search]

7/16/2008



**EXHIBIT 18**

ADP COBRA Web Site - Microsoft Internet Explorer

File  Edit  View  Favorites  Tools  Help

Back  •  •  •  Search  Favorites

Address  https://benefits.adp.com/cobra/

**ADP COBRA Services**

Home   My Profile   Company Information   Reference   Help   Logout   Quick Jump:  — select —

Participant Services   Participant Services   Participant Search   Search Details   7/16/2008

**Participant**
**Services**
Client Transmittal
Plans
CCC Request
Send Eligibility
Update
COBRA Rights
Notification
Participant Search

## Participant Detail:

**Name:** JOHN LOESLEIN (10483318)
**SSN:**
**Election Package:** Mailed on N/A, Grace Date: N/A
**Last Payment:** Check #QHCTC, $1177.41 on 07/03/2008 for the period 07/01/2008 - 07/31/2008
**Paid Through:** 07/31/2008
**ACH Entered:** N/A
**ACH Effective:** N/A

**PERSONAL INFORMATION:**
**Address:**                          ERIE, PA 16509
**Home Phone:** (814) 864-6915
**DOB:** 07/07/1944
**Marital Status:** Unknown
**Gender:** M

**COVERAGE INFORMATION:**
**Beneficiary Status:** Direct Billing Participant
**Beneficiary Type:** Normal Retiree
**QE Date:** 06/01/2004
**QE Reason:** Direct Billing
**Coverage Lost:** –
**Terminated:** –

## Plan Information:

| Plan Name | Coverage Tier | Deps Covered | Paid Through | Monthly Rate | Coverage Plan Date |
|-----------|---------------|--------------|--------------|--------------|--------------------|
| UHC Choice Plus Plan (Point of Service) H | Two Persons | JOHN LOESLEIN | 7/31/2008 | $1,177.41 | 01/01/2008 |

**CURRENT PLANS / RATES**

New Search



**EXHIBIT 19**



ADP COBRA Web Site - Microsoft Internet Explorer

File  Edit  View  Favorites  Tools  Help

Address: https://benefits.adp.com/cobra/

**ADP COBRA Services**

My Profile   Reference   Help   Logout

Participant Services   Company Information   Reports

Participant Services   Participant Search   Search Details

## Participant Detail:

**Name:** GERALD MYERS (10483320)
**SSN:**
**Election Package:** Mailed on: N/A, Grace Date: N/A
**Last Payment:** Check #00HCTC, $598.71 on 06/06/2008 for the period 06/01/2008 - 06/30/2008
**Paid Through:** 06/30/2008
**ACH Entered:** N/A
**ACH Effective:** N/A

PERSONAL INFORMATION
**Address:** WATERFORD, PA 16441
**Home Phone:** (814) 796-8855
**DOB:** 07/13/1943
**Marital Status:** Unknown
**Gender:** M

COVERAGE INFORMATION
**Beneficiary Status:** Direct Billing Participant
**Beneficiary Type:** Normal Retiree
**QE Date:** 01/01/2005
**QE Reason:** Direct Billing
**Coverage Plan Date:** 01/01/2006
**Coverage Lost:** -
**Terminated:** -

### Plan Information:

**CURRENT PLANS / RATES**

| Plan Name | Coverage Tier | Deps Covered | Paid Through | Monthly Rate | Coverage Plan Date |
|---|---|---|---|---|---|
| UHC Choice Plus Plan (Point of Service) H | Beneficiary Only (1) | GERALD MYERS | 6/30/2008 | $598.70 | 01/01/2008 |

New Search

Quick Jump  — Select —
7/16/2008

EXHIBIT 20

Done   Internet

Start   2:41 PM



EXHIBIT 21

ADP COBRA Web Site - Microsoft Internet Explorer

**Participant Detail:**

Name: DANIEL STAFFORD (10483312)
SSN:
Election Package: Mailed on N/A Grace Date: N/A
Last Payment: Check #OHCTC, $588.71 on 07/03/2008 for the period 07/01/2008 - 07/31/2008
Paid Through: 07/31/2008
ACH Entered: N/A
ACH Effective: N/A

PERSONAL INFORMATION
Address: NORTH EAST, PA 16428
Home Phone: (814) 725-4309
DOB: 03/08/1944
Marital Status: Unknown
Gender: M

COVERAGE INFORMATION
Beneficiary Status: Direct Billing Participant
Beneficiary Type: Normal Retiree
QE Date: 06/01/2004
QE Reason: Direct Billing
Coverage Lost: -
Terminated: -

**Plan Information:**

CURRENT PLANS/RATES

| Plan Name | Coverage Tier | Deps Covered | Paid Through | Monthly Rate | Coverage Plan Date |
|---|---|---|---|---|---|
| UHC Choice Plus Plan (Point of Service) H | Beneficiary Only (1) | DANIEL STAFFORD | 7/31/2008 | $588.70 | 01/01/2008 |

New Search



**EXHIBIT 22**



ADP COBRA Services

Home    My Profile    Company Information    Reference    Help    Logout                    QuickJump:   -- select --

Participant Services
Services
  Client Transmittal
  CDC Request
  Send Eligibility
  Update
  Participant Search
  COBRA Rights
  Notification
  Participant Search

Participant Services    Participant Search    Search Details

## Participant Detail:

Name: RONALD FOX (1048325)

SSN:

Election Package: Mailed on N/A, Grace Date: N/A
Last Payment: Check #007962, $1177.41 on 01/23/2008 for the period 02/01/2008 - 02/29/2008
Paid Through: 02/29/2008
ACH Entered: N/A
ACH Effective: N/A

### PERSONAL INFORMATION
Address:                         ERIE, PA 16510
Home Phone: (814) 899-8325
DOB: 03/27/1943
Marital Status: Unknown
Gender: U

### Terminated
Reason: Beneficiary accepted Medicare
Effective: 02/29/2008

### COVERAGE INFORMATION
Beneficiary Status: Direct Billing Participant
Beneficiary Type: Normal Retiree
QE Date: 06/01/2004
QE Reason: Direct Billing
Coverage Lost: -
Terminated: -

## Plan Information:

### PAST PLANS / RATES

| Plan Name | Coverage Tier | Deps Covered | Paid Through | Monthly Rate | Coverage Plan Date |
|---|---|---|---|---|---|
| UHC Choice Plus Plan (Point of Service) | H Two Persons | RONALD FOX | 2/29/2008 | $1,177.41 | 01/01/2008 - 02/29/2008 |

New Search

EXHIBIT 23