## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ACCURIDE ERIE, L.P. | ) | |
|     Plaintiff/Counterclaim Defendant, | ) ) ) | Civil Action No. 05-CV-00169 |
| v. | ) ) | Judge Sean J. McLaughlin |
| INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE, AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, LOCAL 1186 | ) ) ) ) ) ) ) | |
|     Defendant/Counterclaim Plaintiff. | ) ) ) | |

## **ORDER**

    AND NOW, this _____ day of _____, 2008, it is hereby

ORDERED that Plaintiff's Motion to Consolidate and Reschedule Hearings is

GRANTED.  Oral Argument is set for September _____, 2008 at _____.

 

_____
                                                                               J.